UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-21948 -Civ-COOKE/TURNOFF

NORRIS ANTHONY BROWN, KENNETH DOWNER,
RICHARD GRAHAM YOUNG, ROAN DRUMOND SCOTT,
CLIFF FITZ PATRICK, AUZZIE DUANE DABRELL,
FITZROY LLOYD JOHNSON, STANLEY ARMANDO MULLINGS,
GREGORY HUGHES each on their own behalf, and on behalf of all other current and former employees of ROYAL CARIBBEAN CRUISES, LTD, similarly situated.
Plaintiff(s),
v.
ROYAL CARIBBEAN CRUISES, LTD.
Defendants.
_____/

### PLAINTIFF NORRIS ANTHONY BROWN'S NOTICE OF VOLUNTARY DISMISSAL OF NORRIS ANTHONY BROWN'S CLAIMS WITHOUT PREJUDICE

**COMES NOW**, Plaintiff, Norris Anthony Brown *only*, and hereby files on his own behalf, his Notice of Voluntary Dismissal Without Prejudice of Norris Anthony Brown's claims against Royal Caribbean Cruises, Ltd. in the above styled matter. All other Plaintiffs' claims to remain pending.

### CERTIFICATE OF SERVICE

I hereby certify that on June 9th, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some electronically Notices of Electronic Filing.

LIPCON, MARGULIES,
ALSINA & WINKLEMAN, P.A.
Counsel for Plaintiff
One Biscayne Tower, Suite 1776
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone No.: (305) 373-3016

By: //s Carlos Felipe Llinás Negret
**CARLOS FELIPE LLINÁS NEGRET**
Florida Bar No. 73545