UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-21948-Civ-COOKE/TURNOFF

KENNETH DOWNER, *et al.*,

    Plaintiffs

vs.

ROYAL CARIBBEAN CRUISES, LTD.,

    Defendant.
_____/

## ORDER DISMISSING PLAINTIFF

THIS MATTER is before me on Plaintiff Norris Anthony Brown's Notice of Voluntary Dismissal of Norris Anthony Brown's Claims without Prejudice (ECF No. 6), in which Plaintiff Brown notifies me that he is voluntarily dismissing his claims against Defendant Royal Caribbean Cruises, Ltd. Accordingly, it is **ORDERED and ADJUDGED** that:

1. Plaintiff Norris Anthony Brown is **DISMISSED** from this case without prejudice.

2. The Clerk shall **administratively TERMINATE** Plaintiff Norris Anthony Brown from this case.

3. The caption of this case shall hereafter be styled as:

    KENNETH DOWNER, *et al.*,

    Plaintiffs
    vs.

    ROYAL CARIBBEAN CRUISES, LTD.,

    Defendant.
    _____/

**DONE and ORDERED** in chambers at Miami, Florida, this 15TH day of June 2011.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*