# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-21948-CIV-COOKE

KENNETH DOWNER et al.,

    Plaintiffs,

vs.

ROYAL CARIBBEAN CRUISES LTD.,

    Defendant.
_____/

## DECLARATION OF SALVATORE A. FASO II

I Salvatore A. Faso II, under penalty of perjury, state as follows:

1. I am over 18 years of age. Unless otherwise indicated, I have personal knowledge of the facts set out in the Declaration.

2. I hold the position of Director, Guest and Employee Legal Services for Royal Caribbean Cruises Ltd. ("Royal Caribbean").

3. Royal Caribbean is incorporated under the laws of Liberia and maintains its principal executive offices in Miami, Florida.

4. Royal Caribbean operates the Royal Caribbean International ("RCI") brand of cruise ships. The RCI brand cruise ships travel in international waters and visit ports throughout the world. Beginning at the end of 2002, and continuing through the present, all of the RCI brand cruise ships have been flagged in The Bahamas.

5. Some of RCI's cruises visit ports in the United States, including beginning and ending at U.S. ports. None of RCI's cruises are wholly within the United States – they all visit

foreign ports. The purpose of RCI's cruises is to take passengers to foreign ports, not to transport them between United States ports.

6. I have read the Complaint filed by the plaintiffs in this action.

7. I have reviewed Royal Caribbean's employment information for the plaintiffs.

8. Gregory Hughes is a citizen of Costa Rica, Fitzroy Lloyd Johnson is a citizen of Jamaica, Kenneth Downer is a citizen of Jamaica, Auzzie Duane Dabrell is a citizen of St. Vincent and the Grenadines, Richard Graham Young is a citizen of Costa Rica, Cliff Fitz Patrick is a citizen of St. Vincent and the Grenadines, Stanley Almando Mullings is a citizen of Jamaica, and Roan Drumond Scott is a citizen of Costa Rica.

9. The plaintiffs worked as stateroom attendants aboard RCI's cruise ships.

10. Stateroom attendants working aboard RCI's cruise ships sign sign-on employment agreements ("SOEA") at the beginning of each "contract period," with each contract period usually consisting of seven to eight consecutive months, followed by a one or two month vacation period.

11. Examples of the SOEAs that were in use from May 27, 2008 through approximately July 2009 are attached as Exhibit A.

12. An example of the SOEA that has been in use from approximately July 2009 through the present is attached as Exhibit B.

13. Stateroom attendants working on the RCI cruise ships are represented by the Norwegian Seafarers' Union (the "Union").

14. Attached as Exhibit C are informational materials that the Union distributes to its members working aboard RCI brand cruise ships.

2

15. Royal Caribbean and the Union have engaged in arms' length collective bargaining, with each side represented by counsel during the negotiations. The collective bargaining process has resulted in collective bargaining agreements applicable to stateroom attendants.

16. A copy of the collective bargaining agreement that was in effect from May 27, 2008 through July 1, 2009 is attached as Exhibit D.

17. A copy of the collective bargaining agreement that was in effect from July 1, 2009 through the present is attached as Exhibit E. That collective bargaining agreement provides for the application of the laws of Norway. The laws of Norway were selected at the Union's request because Norway is the Union's home country and the Union was satisfied that the laws of its home country fully protect the rights of its members.

18. Also in 2009, Royal Caribbean and the Union negotiated and executed an amendment to the collective bargaining agreement that is attached as Exhibit F.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2011.

_____
SALVATORE A. FASO II