# EXHIBIT C

# To Faso Declaration

# USEFUL INFORMATION FOR CREW ON BOARD RCI'S SHIPS



**INFORMATION FROM THE NORWEGIAN SEAFARERS' UNION**
**ROYAL CARIBBEAN INTERNATIONAL**

The Norwegian Seafarers' Union has been the lead negotiating union covering ships owned and/or operated by RCI for a long time. Norwegian Seafarers' Union negotiates on behalf of the ITF, its self and other ITF affiliated unions for Seafarers working onboard RCI vessels.

The following will give each of you a greater understanding of the process and also explain who the different organizations are]

### What is the Norwegian Seafarers' Union?

The Norwegian Seafarers' Union (NSU) was founded in 1910 and organizes Seafarers of all categories in domestic and international trade and fishermen. The Union is affiliated to the International Transport Workers' Federation (ITF). The Union is governed by a Congress that consists of elected Seafarers who meet every fourth year; a National Board that is elected by the Congress and an Executive Board that are also elected by the Congress. The Union's CBA's cover Seafarers on more than 1600 ships.

### What is the ITF?

The International Transport Workers' Federation (ITF) is a federation of 570 transport trade unions in 132 countries, representing around 5 million workers. The ITF's headquarters is located in London

The ITF was founded in 1896 by European Seafarers' and Dockers Union leaders. It globally represents the interests of transport workers through its consistent work for international solidarity. The ITF's Seafarers' Section deals with all aspects of shipping and cooperates with the Dockers' Section in a campaign to raise the standards of the shipping industry to benefit its seafarers.

The ITF organises international solidarity when transport unions in one country are in conflict with employers or government and need direct help from unions in other countries.

The kind of solidarity needed can range from protest messages, demonstrations and political pressure, to direct industrial action in the form of strikes, boycotts etc. The ITF has a global campaign against the Flag of Convenience (FOC) system. A flag of convenience ship is one that flies the flag of a country other than the country of ownership. Cheap registration fees, low or no taxes and freedom to employ cheap labor are the motivating factors behind a shipowner's decision to "flag out".

The ITF has created a website for seafarers, please take a look at www.itfseafarers.org

### *What is a Collective Bargaining Agreement?*

A Collective Bargaining Agreement (CBA) and your Employment Agreement stipulate your rights as an employee. The CBA governs your working hours, wage, sick benefits along with other regulations the Company has obligated itself too in regards to your employment conditions. The CBA's is based on internationally accepted principles of employment for Seafarers. Among the international organizations setting policies that affect your employment is the International Labor Organization, the International Maritime Organization and the ITF.

### *How can I be involved in the negotiation of my CBA?*

For every round of negotiations, the Union strives for better wages, social benefits and working conditions. Any revisions to the CBA, take effect from the date that is agreed on. If any Seafarer wishes for certain issues to be discussed at the negotiations, please send us a written note. In the note you must include what you wish to be discussed and a short summary of why any changes should be made along with contact information in case we need additional information.

However, please be aware that there may be proposals that cannot be accommodated due to various circumstances such as but not limited to, that a proposal is contradictory to ILO Conventions and/or recommendations, to ITF Policies and/or international trade union federation of transport workers' unions. Guidelines, to various laws the ships operate under, etc. We will in any case write back to those that send us proposals and let them know its status.

### *What are the benefits of being covered by a CBA?*

The CBA sets forward standards the Company is obligated to follow. For example the Company cannot lower your wage, order you to work an unlimited amount of hours without compensation or terminate your Employment Contract without adhering to the provisions of the Agreement. If the Companies for any reason breaches the Agreement, the Union will on your behalf handle your case and take any or all appropriate actions to solve it in accordance with the CBA.

As a Seafarer covered by a CBA you may at any time contact the Union and/or the ITF and inform us of any conflicts you might have with the Company and/or the Ship Management. Your case will be handled confidentially and any retaliation will not be accepted.

### *What should I do if I have a grievance with my Supervisor?*

If possible, the best way to solve disputes is to discuss it with Ship Management. Most internal problems can and should be solved on board. However, if this is not possible and you feel that you are not being heard, you can contact the Union and we will discuss it with the Company. Please be advised that the Union does not discuss matters with ship management and that all grievances we receive are negotiated with shore side management.

If for any reason, you are not able to solve your grievance on board, you must send us as a notice describing your grievance as soon as possible. We will then send you our "Initial Claim Form" to start the grievance process and assess your rights under the CBA.

It is important that you keep all documents you receive from the Company. If a decision has been made regarding your employment, you should request that the Company and/or ship management give it to you in writing.

*Contact information:*

Norwegian Seafarers' Union - Head Office
Post Box 2000 Vika
0125 Oslo, Norway
Visitors: Maritimt Hus, Rosenkrantzgt. 15-17, Oslo Norway
E-mail: firmapost@sjomannsunion.no

Norwegian Seafarers' Union - Miami Service Office
1001 North America Way, Room 101
Miami, Fl 33132
USA
E-mail: nsumiami@nsu.org

Fil-Nor Gain - Philippine Service Office
G/F ECJ Building, Real Corner, Arsobispo St.
Intramuros, Manila Philippines
E-mail: filnor@info.com.ph

Iriani Thamrin,
Indonesian Service Officer
C/O Bali Seamen's Club
Jl.D. Tamblingan No. 27
Sanur-Denpasar
Bali, Indonesia
E-mail: Iriani_i@hotmail.com

Seafarer's House Old San Juan
161 O'Donnel Street
Old San Juan, P.R 00901
E-mail: info@seafarers-puertorico.org