July 1, 2009

# Annex 5, 6, and 7

### Material Policies

Annex 5:     Shipboard Drug and Alcohol Policy (SQM HR Section 6.05).

Annex 6:     Harassment, Inappropriate Guest Interaction and Zero Tolerance Policies (SQM HR Section 6.04).

Annex 7:     Progressive Discipline Process (SQM HR Section 6.07), Employment Termination / Dismissal (SQM HR Section 6.08) and Crew Member Conduct (SQM HR Section 6.10).

AGREEMENT BETWEEN ROYAL CARIBBEAN CRUISES LTD. AND NORWEGIAN SEAFARERS' UNION FOR MARINE OFFICERS AND DECK & ENGINE RATINGS AND RIDING CREW AND HOTEL PERSONNEL SERVING ON CRUISE VESSELS UNDER THE ROYAL CARIBBEAN INTERNATIONAL BRAND Effective July 1, 2009

Annex 5

Human Resources - 6.05 (Revision 42 - 04/28/2009)

 RCL (UK) LTD

(manual section is applicable for above companies)

HUMAN RESOURCES                                    Revision 42 : April/28/2009
Chapter 6 - Recognition, Assessments
and Disciplinary Action
             6.05  Shipboard Drug and Alcohol Policy

 **Policy**

**6.05.01 Policy**

This policy applies to all officers, staff and crew, including concessionaires.

- No crewmember shall use, possess, sell or assist in the sale or distribution of illegal drugs.
- No crewmember may consume or otherwise use alcohol while on duty.
- No watchkeeping employees, or any employee holding a position as described in the Safe Manning Certificate, shall consume alcohol or any other intoxicating or anaesthetizing substance within 8 (eight) hours of the start of duty.
- No on-duty crewmember shall have a blood alcohol content (BAC) above .04%.
- No off-duty crewmember shall have a blood alcohol content (BAC) above .08%.  Any crewmember found to have a BAC in excess of either of these limits, while either respectively on or off duty, shall be in violation of this policy and shall be relieved from duty and subject to immediate termination.
- Employees may enjoy alcoholic beverages including beer, wine and spirits in designated employee lounges.  Employees who are permitted to socialize in designated areas may also enjoy alcoholic beverages in public lounges.
- Testing of an employee can be required by the company during the following circumstances:

1.  Pre-Hire
2.  Random Testing
3.  At any time of an accident or near-accident
4.  At any other time the Master has reasonable cause to require testing

Testing shall be required after stabilization of a serious marine accident.

**6.05.02  Management's Responsibility**

It is the policy of Royal Caribbean Cruises Ltd. that all Managers are responsible for the enforcement of and compliance with the company drug and alcohol policy.  Every Royal Caribbean Cruises Ltd. Manager has an affirmative obligation to address any known or suspected violation of the company's drug and alcohol policy.  Managers who knowingly choose not to address violations or potential violations of the company's drug and alcohol

policy will be subject to disciplinary action up to and including termination of employment.

Management always has the responsibility to ensure safe environment for both guest and crew. Therefore, management needs to ensure that all crew are properly trained and are following the approved procedures when serving alcohol to guests. All employees need to use reasonable judgment on how intoxicated and/or how old a guest is before serving alcohol. If a crewmember sees a guest that exhibits signs of intoxication (passed out, difficulty walking, slurred speech, etc) they need to immediately inform ship's security.

6.05.03  Policy Violations
Any employee who violates this policy may be subject to disciplinary action up to and including immediate termination of employment.

 **Guidance**

6.05.04  Background

Drug and alcohol abuse and its effects are significant social problems which also could cause safety concerns for the shipping industry, resulting in accidents, damage to property, morale problems and other security risks. International and national shipping administrations have recognized these potential problems and have issued recommendations and legislation regarding control of drugs and alcohol onboard ships.

The U.S. Government has requested the shipping companies' assistance with the investigation of drug smuggling including testing of crewmembers and certain other control procedures such as search of the crewmembers' cabins and personal effects. U.S. Customs has established agreements with the shipping companies with ships that regularly call on U.S. ports to ensure that the U.S. laws are followed.

Royal Caribbean International supports all Flag states and other lawful authorities in their efforts to reduce drug and alcohol abuse in the shipping environment.

The safety and protection of our guests, crew, ship and environment is of vital concern to Royal Caribbean International. We believe in taking every reasonable action to prevent accidents and the pollution of our oceans. Keeping our ships free from drug and alcohol abuse is an important part of our safe operations.

Royal Caribbean Cruises Ltd. has established a comprehensive alcohol and drug policy. The objective of this policy is to provide shipboard employees with a fundamental knowledge of what Royal Caribbean Cruises Ltd. expects from its employees regarding the use of drugs and alcohol.

### 6.05.05  Information

The Hiring Partner should give information regarding this policy to newly hired employees before signing on a ship.  Information regarding this policy and drug and alcohol awareness training is also delivered onboard each ship.

### 6.05.06  Testing

Testing of an employee can be required by the company during the following circumstances:

### 6.05.06a  Pre-Hire

Royal Caribbean Cruises Ltd. or Royal Caribbean Cruises Ltd.'s Hiring Partners, may require any candidate for shipboard employment to be tested for drugs and/or alcohol as a condition of their employment.  Candidates refusing a test or who test positive will not be employed.

### 6.05.06b  Random Testing

The company may require random drug testing of all employees. Such testing will be carried out in compliance with internationally accepted procedures regarding collection and testing procedures, integrity and identity of specimens, laboratory requirements, chain of custody and review of results.  The timing of random testing shipboard will be at the discretion of the Vice President of Human Resources.

### 6.05.06c  At any time of an accident or near accident:

In case of an accident or near accident, the company or a regulatory enforcement official may require each crew member who was directly involved in the accident or near accident to be tested for evidence of drugs or alcohol.

After a serious marine accident chemical testing regulations require:

- Any individual engaged or employed on board a vessel who is involved in a serious marine incident **must be tested for drugs and alcohol.**
- Alcohol testing must be conducted within **2 hours** of when the serious marine incident occurred. This is to be done when the event is stabilized and the testing is deemed safe to be completed.
- Drug testing must be conducted within **32 hours** of when the serious marine incident occurred.

- **The definition of a serious marine incident is:**

  1. **One or more deaths;**
  2. **An injury that requires medical treatment beyond first aide;**
  3. **Damage to property over $ 100,000;**
  4. **Actual or constructive loss the vessel;**
  5. **Discharge of 10,000 gallons or more of oil to sea;**
  6. **A reportable discharge of a hazardous substance or release of reportable quantities of hazardous material into the environment.**

Human Resources - 6.05 (Revision 42 - 04/28/2009)

**6.05.06d  At any other time the Master has reasonable cause to require testing:**

The Master may, whenever there is a reasonable cause, require any shipboard employee to be tested for evidence of drugs or alcohol. When a member of the management team feels there is reasonable cause to support the testing of any employee, a request along with any applicable supporting evidence must be made to the ship's master. The Master, at his own choosing, will then either approve or deny the request for the testing based on the provided evidence.

The Master may also, at his discretion, delegate authority for ordering an alcohol screening to another member of the senior management team (Staff Captain, Hotel Director, Chief Engineer.) When delegating this authority to another member of the senior management team, it is the Master's responsibility to ensure that the designated senior management team member is fully versed in the company's alcohol policy and testing procedures.

Individuals who refuse to submit to a test when requested to do so, will be removed from duty and may be immediately terminated.

**6.05.07 Shipboard Alcohol Testing procedures:**

The Master must be notified of all onboard testing. The Master or the Staff Captain must approve all testing.

Each vessel will be provided with SD-2 alcohol breath test unit. These test units are to be kept with the Security Officer and will be used for all on-board alcohol screenings.

Testing onboard will be done by one of the ship's Security Officer or by an acknowledged testing organization or laboratory. Testing will be witnessed by the Staff Captain or his/her designee, the HR Manager and another ship's officer.

The test is to be administered per instructions.

The authorized limits for employees are as follows:

Employees on duty: Maximum limit: 0.04% (includes watchkeepers)
Employees off-duty: Maximum limit: 0.08%.

The testing for alcohol abuse onboard will normally be done by use of the SD-2 alcohol breath test system. If the test results are inconclusive or questionable, a second test should be taken by the Medical center staff.

Testing for potential drug abuse will normally be done by urine test, but may be done by a blood test. Employees are required to provide blood specimens when directed to do so by the company or a regulatory enforcement official.

All testing and medical records must be kept strictly confidential. The results of the test may only

be used by the Ship's Master in determining possible employee disciplinary action.

Royal Caribbean Cruises Ltd. recognizes alcohol dependency as a treatable condition.  Our aim in voluntary disclosure will be to guide or employees to seek professional help for rehabilitation. Individually suited measures may be considered.

**6.05.08  Tools**

*6.05.08a  Operations Check List* -  The basic "nuts and bolts" , step-by-step training and procedure guidelines for using the alcohol breath testing instrument. This should be reviewed often by every employee conducting alcohol breath tests.

<u>Intoxilyzer SD-2 Operations Checklist</u>



Intoxilyzer SD-2 Operations Checklist.doc

*6.05.08b  Log Book*  - Examples of the QA Log Book, Employee Training Log and basic instruction hand-outs are included.

<u>Alcohol Testing Log Book</u>



Alcohol Testing Log Book.pdf

*6.05.08c  Intoxilyzer SD-2 Training and QA Doc* . - This attachment provides a plan for training an employee to conduct alcohol breath tests on the SD-2 unit and documenting that training. Re-certification should be completed every 5 years if the employee will be conducting alcohol breath tests.  Instructions on how to establish an Quality Assurance Log Book for each instrument are also part of this document.

<u>Intoxilyzer SD-2 Training and Q&A</u>



Intoxilyzer SD-2 Training and Q&A.doc

*6.05.08d  Intoxilyzer Test Result Form* - This attachment should be used when completing all alcohol breath tests.  The form should be completed and filed.

<u>Intoxilyzer Test Result Form</u>



Intoxilyzer Test result form.doc

Human Resources - 6.05  (Revision 42 - 04/28/2009)

*6.05.08e Certification* - On completion of certification with the SD-2 Intoxilyzer as outlined in the training document 6.05.08c, the Security Officer is to be issued with the below certificate. This is to be issued after verification of the Breath Alcohol Technician Training log in 6.05.08b.

Test Certificate

NEW INTOXILYZER Test Certificate.doc

Related Entries:

END OF SECTION

Annex 6

 RCL (UK) LTD

(manual section is applicable for above companies)

HUMAN RESOURCES                                    Revision 42 :  April/28/2009
Chapter 6 - Recognition, Assessments
and Disciplinary Action
6.04  Zero Tolerance Policy on Harassment, Inappropriate Guest Interaction, Alcohol
Abuse, and Crime

 Policy

## Zero Tolerance Policy on Harassment, Inappropriate Guest Interaction, Alcohol Abuse, and Crime

The Company will not tolerate undesirable behavior, such as harassment, inappropriate guest interaction, testing over the alcohol limits established by the company, and crimes (including but not limited to violence, theft, or illegal drug use). Such behavior will result in the automatic imposition of severe penalties up to and including termination for first offenses.

For the safety of our crew and our guests, any crew member who observes an apparent violation of this policy is expected to report it to his/her supervisor or manager.

### *Harassment*

#### Definition:  Harassment

Harassment, as defined for this policy, means verbal or physical conduct that demeans or shows hostility or prejudice toward an individual because of his/her gender, sexual preference, race, religion, color, national origin, age or disability, or that of his/her relatives, friends, or associates.

Harassment creates an intimidating, hostile, or offensive work environment.
It can make it difficult for a person to perform their normal work duties.
Victims of harassment may also be held back from other job opportunities.

Receiving appropriate job performance feedback, counseling, or direction from your supervisor is not considered harassment.  If you object to the manner in which the feedback is provided, you may request a review with the department head.

#### What Is Sexual Harassment?

'Sexual' harassment is a type of harassment.  It means unwelcome sexual advances, requests for

sexual favors, or other verbal, written, or physical conduct of a sexual nature when it is made explicitly or implicitly a term or condition of employment, is used as a basis for employment decisions, unreasonably interferes with an individual's work performance, or creates an offensive work environment.

Sexual harassment does not refer to occasional compliments of a socially acceptable nature. It refers to behavior that is not welcome, that is personally offensive, that fails to respect the rights of others, that lowers morale, and that interferes with work effectiveness.

The following behaviors are examples of sexual harassment and will not be tolerated:

Derogatory, degrading, and/or offensive comments about someone's gender or sexual orientation. This includes inappropriate jokes, stories, or retelling of experiences.
Bringing physical objects or materials of a sexual nature into the workplace. This includes photographs, posters, calendars or other graphic materials.
Using indecent language in the presence of a co-worker.
Touching co-workers in ways that may be considered 'sexual' or 'inappropriate'.
Pursuing an intimate relationship with a co-worker who does not reciprocate that interest. You should accept his/her decision and maintain a respectful working relationship.

If you feel you are being harassed you should immediately tell the person harassing you the behavior is unwelcome and must stop.  If the harassment does not stop, follow the guidelines below for reporting harassment.

Reporting Harassment

Here are the appropriate steps to take for reporting harassment:
Allegations of Sexual Harassment by crew members, directed at crew members, must be reported to HR.
Allegations of Sexual Harassment involving guests must be reported to Global Security.
(NOTE: If there is physical conduct that includes the touching of a sensitive body part, the activity must be reported to Global Security for investigation as a possible crime).

All employees report incidents to their department heads.
**Shipboard** department heads report to the Staff Captain.
**Shoreside** department heads report to the Vice President of Human Resources.

If a complaint involves the employee's department head or if the employee has reported an alleged violation to the department head and employee does not believe that the department head has taken appropriate action, then the employee should act as follows:

**Shipboard** employees should report the alleged act to the Staff Captain.
**Shoreside** employees should report the matter to the Vice President, Human Resources.

What Happens When A Complaint Is Filed?

Human Resources - 6.04  (Revision 42 - 04/28/2009)

All inquiries or complaints will be investigated promptly, thoroughly, and as confidentially as possible for the protection of both the employee and the accused.

If an investigation confirms that harassment has occurred, the Company will take appropriate corrective action.
If the harassment involves someone who is not an employee, the Company will take appropriate action within its control.
You will never be punished for reporting harassment, as long as your report is honest.

Any manager or supervisor who is made aware of sexual harassment and fails to take corrective action according to this policy will be subject to discipline. Any manager or supervisor who retaliates against an employee for reporting a claim of harassment will be dismissed.

## *Inappropriate Guest Interaction*

### Sexual Contact or Intimacy with Guests Is Not Permitted

Our professional relationship with our guests makes it absolutely necessary that we conduct ourselves appropriately at all times. Sexual contact or intimacy with guests is never acceptable. This includes the following behaviors:

Having any sexual contact with guests even if guests consent.
Offering sexual favors of any kind to guests.
Accepting guests' sexual advances.

All of these behaviors violate Company policy. If you have sexual contact with guests you can be dismissed immediately. This policy applies to all employees when onboard Company vessels or ground properties owned or leased by the Company.

Having sexual relations with minors, sexual assault, and rape are all crimes punishable by law. All allegations of sexual contact with minors and sexual assault and rape will be investigated and reported by the Company to the proper legal authorities and will be prosecuted to the fullest extent allowed by the law.

### Avoid Problem Situations

The following guidelines are for the protection of you and our guests. These guidelines will be strictly enforced. Following them at all times will also help keep you safe from charges of assault from guests:

Never use guest elevators unless in the line of duty.
Never allow guests into employee quarters, other than for a legitimate business purpose.
Never allow guests to attend employee parties.
Never enter a guest stateroom without proper authorization. ~~There are no exceptions.~~ Any

Human Resources - 6.04 (Revision 42 - 04/28/2009)

employee found in a guest stateroom who is not fulfilling a guest accommodation (i.e. stateroom service, stewarding, or maintenance personnel) shall be dismissed immediately. Exceptions to this rule are only permitted where the Master has given expressed approval to crew members who are invited by guests to attend a specific social group gathering in a public area or suite. All crew members are expected to display friendliness toward our guests, but must balance that friendliness with professional behavior.

At the Master's discretion, employees may be granted permission to visit their family and/or friends in guest staterooms:
- Master's approval must be requested at least one week prior to the voyage.
- Employees may only visit guest staterooms and areas specifically authorized by the Captain.
- Visitation may only occur when the employee is not working.
- The employee must wear civilian clothing when visiting the guest stateroom.

## Safe Practices

Always treat guests with respect and courtesy. However, you should immediately report sexually aggressive individuals or guests to your supervisor or department head.
Always politely offer to contact security if a guest requests an escort back to his/her stateroom.
Always tell the Bridge Officer if any guest is intoxicated and incapacitated. The Security Officer or any member of the security staff will be called to assist.
Always avoid touching guests in ways that may be considered 'sexual' or 'inappropriate'.
Always avoid contact with guests who are physically aggressive or violent. If a guest becomes violent with you, leave the scene and tell a member of the security staff.

## Alcohol Abuse
Royal Caribbean expects its crew members to be responsible for their actions at all times, including during transfers to and from ships, inside terminals, while onboard, at our ports of call, during shore excursions, and at our private destinations. Consuming alcohol to excess impairs one's judgment and reduces one's ability to recognize and avoid potentially dangerous situations. Crew members who choose to consume alcohol must do so responsibly.

(The following statements are excerpted from the Company's Drug and Alcohol policy. The complete text of that policy can be found in HR 6.05)
- No crewmember shall use, possess, sell, or assist in the sale or distribution of illegal drugs.
- No crewmember may consume or otherwise use alcohol while on duty.
- No watchkeeping employees, or any employee holding a position as described in the Safe Manning Certificate, shall consume alcohol or any other intoxicating or anaesthetizing substance within 8 hours of the start of duty.
- No on-duty crewmember shall have a blood alcohol content (BAC) above .04%.
- No off-duty crewmember shall have a blood alcohol content (BAC) above .08%. Any crewmember found to have a BAC in excess of either of these limits, while either respectively on or off duty, shall be in violation of this policy and shall be relieved from duty and subject to immediate termination.
- Employees 21 years of age or older may enjoy alcoholic beverages including beer, wine, and spirits in designated employee lounges. Employees who are permitted to socialize in

Printed 05/14/2009. Printed copies are uncontrolled, and must be identical to the electronic version   4

designated areas may also enjoy alcoholic beverages in public lounges.
- Testing of an employee can be required by the company during the following circumstances:

1. Pre-Hire
2. Random Testing
3. At any time of an accident or near-accident
4. At any other time the Master has reasonable cause to require testing

All crew members under the age of 21 are prohibited from consuming alcohol, regardless of ship location or local laws. Age is established at sign-on. If a crewmember celebrates his/her 21st birthday while onboard, he/she may thereafter ask the ship's management to modify the ship's records to permit the consumption of alcohol. The individual will be required to present a government issued form of identification to establish that he or she is 21 or older. The ship's staff may refuse to serve alcoholic beverages to anyone who does not consume alcohol responsibly and may request verification of age to determine whether they are of age to consume alcohol pursuant to this policy.

No one under age 21 may possess or consume alcohol during transfers to and from ships, inside terminals, while onboard, or at our private destinations.

Crew members under the age of 21 are not permitted to bring alcoholic beverages onboard for consumption or any other purpose, and are prohibited from purchasing alcoholic beverages from onboard shops or in ports of call. Security may inspect containers (water bottles, soda bottles, mouthwash, luggage, etc.) at any time, and those concealing or attempting to conceal alcohol will be subject to corrective action.

Crew members who violate any alcohol policy, including but not limited to underage drinking; providing alcohol to minor(s); possessing, concealing, or attempting to conceal alcoholic items in their luggage, when boarding, or while onboard; or failing to consume alcohol responsibly, will be considered for discipline up to and including termination under the provisions of this policy.

The Company maintains an Alcohol Assistance Policy (AAP) which is available to all employees. Employees wishing to participate in the Alcohol Assistance Program must request to do so before they are found in violation of the alcohol policy.

*Management Accountability:*

If an employee violates any of the provisions of this policy, the employee's supervisor, manager, and department head will be required to provide the Captain with information regarding what actions they took to prevent the violation, e.g. employee counseling, crew education, etc.

## Crime

Allegations of crimes committed onboard our ships must be reported to Global Security. Global Security is responsible for reporting those allegations to appropriate law enforcement and

VESSEL: Serenade of the Seas
IMO NO: 9228344
PORT OF REGISTRY: Nassau
REG TONNAGE (gross/net): 90090/53812
FLAG: Bahamian
OFFICIAL NO: 9000068
DATE OF REGISTRY: July 4, 2003
ENGINE HP (NHP/IHP/BHP): 53,640 HP
CREW (D&E OFF) NO: 24
CREW (D&E RATINGS) NO: 59
CREW (CATERING) NO: 586
CREW (D&E OFF) NAT: International
CREW (D&E RATINGS) NAT: International
CREW (CATERING) NAT: International
REG OWNER: Serenade of the Seas Inc.
80 Broad Street, Monrovia, Liberia

VESSEL: Splendour of the Seas
IMO NO: 9070632
PORT OF REGISTRY: Nassau
REG TONNAGE (gross/net): 69130/37796
FLAG: Bahamian
OFFICIAL NO: 9000121
DATE OF REGISTRY: December 20, 2004
ENGINE HP (NHP/IHP/BHP): 54,620 HP
CREW (D&E OFF) NO: 24
CREW (D&E RATINGS) NO: 58
CREW (CATERING) NO: 483
CREW (D&E OFF) NAT: International
CREW (D&E RATINGS) NAT: International
CREW (CATERING) NAT: International
REG OWNER: Splendour of the Seas Inc.
80 Broad Street, Monrovia, Liberia

VESSEL: Vision of the Seas
IMO NO: 9116876
PORT OF REGISTRY: Nassau
REG TONNAGE (gross/net): 78491/42263
FLAG: Bahamian
OFFICIAL NO: 8000405
DATE OF REGISTRY: November 22, 2001
ENGINE HP (NHP/IHP/BHP): 46,200 HP
CREW (D&E OFF) NO: 24
CREW (D&E RATINGS) NO: 57
CREW (CATERING) NO: 491
CREW (D&E OFF) NAT: International
CREW (D&E RATINGS) NAT: International
CREW (CATERING) NAT: International
REG OWNER: Vision of the Seas Inc.
80 Broad Street, Monrovia, Liberia

VESSEL: Voyager of the Seas
IMO NO: 9161716
PORT OF REGISTRY: Nassau
REG TONNAGE (gross/net): 137276/105011
FLAG: Bahamian
OFFICIAL NO: 8000402
DATE OF REGISTRY: November 20, 2001
ENGINE HP (NHP/IHP/BHP): 56,322 HP
CREW (D&E OFF) NO: 29
CREW (D&E RATINGS) NO: 77
CREW (CATERING) NO: 815
CREW (D&E OFF) NAT: International
CREW (D&E RATINGS) NAT: International
CREW (CATERING) NAT: International
REG OWNER: Voyager of the Seas Inc
80 Broad Street, Monrovia, Liberia

BEN OWNER:* Royal Caribbean Cruises Ltd.,
1050 Caribbean Way, Miami, FL 33132, U.S.A.; Phone:
+1-305-539-6000; Fax: +1-305-539-6168

CRUISE LINE:* Royal Caribbean International, 1050
Caribbean Way, Miami, FL 33132, U.S.A.; Phone: +1-
305-539-6300; Fax: +1-305-539-6168

MANAGER:* Royal Caribbean Cruises Ltd.,
1050 Caribbean Way, Miami, FL 33132, U.S.A.; Phone:
+1-305-539-6000; Fax: +1-305-374-5819

MANNING AGENTS: Please see attached list.

HIRING PARTNERS: Please see attached list.

CONCESSIONAIRE (1):* Beauty/Spa/Fitness: Steiner
Management Services, 770 South Dixie Hwy.,Suite 200,
Coral Gables, FL 33146, U.S.A.; Phone: +1-305-358-
9002; Fax: +1-305-372-9310; Contact: Leonard Fluxman,
President/CEO

CONCESSIONAIRE (2):* Photography Service: Image
Photo Service, 2085 NW 87th Avenue, Miami, FL 33172-
20651, U.S.A.; Phone: +1-305-476-3666; Fax +1-305-
476-3663; Contact: Jack Chapel, CEO

CONCESSIONAIRE (3):* Port Lecturer: Onboard Media,
960 Alton Road, Miami Beach, FL 33139, U.S.A.; Phone:
+1-305-673-0400; Fax: +1-305-674-9396; Contact: Robert
Eichner, CEO
CONCESSIONAIRE (4):* Art Auctions: Park West Fine
Arts, 16000 NW 59th Avenue, Miami Lakes, FL 33014,

USA; Phone: +1-305-817-6400

CONCESSIONAIRE (5):* Gift Shop: Starboard Cruises,
8052 N.W. 14th Street, Miami, FL 33126, U.S.A.; Phone:
+1-786-845-7300; Fax: +1-305-477-4522; Contact: Robert
Norris, President

CONCESSIONAIRE (6):* Gift Shop: Harding Brothers,
Avonmouth Way, Avonmouth, Bristol BS 11 8DD,
England; www.hardingbros.co.uk.; Contact: Neil Harding,
CEO and Harold Gittelmon, Managing Director

CONCESSIONAIRE (7): * The Wedding Experience,
2600 SW 3rd Avenue, Suite 200, Miami, FL 33129, 305-
421-7393; www.theweddingexperience.com; Contact:
Barbara Whitehill, Managing Director.

CONCESSIONAIRE (8): * Australian Airbrush Tatoo,
8661 Wellington Loop, Kisimmee, FL 34747; 877-214-
7100; Contact: Marty Thompson, Partner.

CONCESSIONAIRE (7):* Contracted Entertainers

*PLEASE PROVIDE COMPANY NAME, CONTACT NAME, ADDRESS, TELEPHONE, TELEFAX AND E-MAIL
INFORMATION.

**SCHEDULE 2:**

ITF WELFARE FUND:

| | | |
|---|---|---|
| Adventurer of the Seas - | 938 | Seafarers |
| Allure of the Seas - | 1,576 | Seafarers |
| Brilliance of the Seas - | 673 | Seafarers |
| Enchantment of the Seas - | 612 | Seafarers |
| Explorer of the Seas - | 921 | Seafarers |
| Freedom of the Seas - | 1,095 | Seafarers |
| Grandeur of the Seas - | 578 | Seafarers |
| Independence of the Seas - | 1,093 | Seafarers |
| Jewel of the Seas - | 671 | Seafarers |
| Legend of the Seas - | 563 | Seafarers |
| Liberty of the Seas - | 1,094 | Seafarers |
| Majesty of the Seas - | 668 | Seafarers |
| Mariner of the Seas - | 941 | Seafarers |
| Monarch of the Seas - | 667 | Seafarers |
| Navigator of the Seas - | 951 | Seafarers |
| Oasis of the Seas - | 1,576 | Seafarers |
| Radiance of the Seas - | 669 | Seafarers |
| Rhapsody of the Seas - | 580 | Seafarers |
| Serenade of the Seas - | 669 | Seafarers |
| Splendour of the Seas - | 565 | Seafarers |
| Vision of the Seas - | 572 | Seafarers |
| Voyager of the Seas - | 921 | Seafarers |
| | | |
| TOTAL | 18,593 | Seafarers |

USD 250 PER POSITION PER YEAR (10% RULE): USD $179,175 for 2009, USD $250,588 for 2010, USD $322,000 for 2011, USD $393,413 for 2012 and USD $464,825 per year thereafter.

Payment shall be remitted to the ITF through SpareBank 1, P.O. Box 778 Sentrum, N-0106 Oslo, Norway. IBAN: NO09 9001 6818 533. Swift Address: LABANOKK. Account No. 9001.68.18533 upon receipt of invoice.

UNION FEE:            As per Protocol dated 23. August 2005

---

RECEIVED:

SIGNED:

---

| COUNTRY/REGION RECRUIT FROM | HIRING PARTNER | CONTACT | TELEPHONE # | FAX | EMAIL ADDRESS | ADDRESS |
|---|---|---|---|---|---|---|
| CROATIA | Adriatica (Royal only) | Ms. Sanela Fabas | 011-385-52-201-182 | 011-385-52-290902 | sfabas@adriatic.com.hr | Obala 1, 52210 Rovinj, Croatia |
| NEPAL | British Gurkha Overseas Services (Royal only) | Ganesh Kumar Thapaliа, Ram Prasad Giri(ng) | 011-85-22-606-4251 / 011-977-1-553-0000 | (852) 2906-0977 / 55 42 | bgos@gurkha.com.np, bgos@highspeed.com.hk | Chhat 1, 2/201, Slovnik, Croatia |
| BULGARIA | Green Anchor Co. Ltd (Celebrity & Royal) | Mr. George Kolmajkov | 011-359-52-600-541 | 011 359 52 600 549 | portman@greenanchor.net, greenanchor@mbox.uni.bg | |
| INDIA | Hind International (Celebrity & Royal) | Mr. Dinesh Laden | 011-91-22-2204-3737 / 2204 3766 | 011 91 22 2204 0747 | dinesh@hind.net | 7 Pitie Sir Phiroshah Bldg., Opp. Prospect Chambers Annex, Fort, Mumbai, 400 001, India |
| ISRAEL/SOUTH AFRICA | HR Marine Security (MARSEC) (Celebrity & Royal) | Mr. Eric Paul Friedman | 011-972-544-253-907 / 011-972-48-530-179 / office +1-305-604-0082 local | 011-972-48-531-863 | admin@marsecinternet.com, e-friedman@marsecsa.com | 96 HaDrachot St., Haifa, Israel 31023 |
| POLAND | Inter Marine Sp. (Royal only) | Mr. Piotr Szlewka | 011-48-58-660-0406 | 011-48-58-661-1425 | office@intermarine.com.pl | |
| GREECE | International Cruises S.A. (Celebrity & Royal) | Mr. Michail Kokkinis | 011-30-210-458-4011 | 011-30-210-429-0497 | imail@otenet.gr | Ul. Wolnosci 18, 81-327 Gdynia, Poland |
| INDONESIA | International Manning Services (formerly Bernhard International Ltd. (Hutchinson)) (Celebrity & Royal) | Edmund Djenendj | 6-x-011-651-526-6964 / 011 +62-216-200000 | 011-60-320-645-60000 | resource@manning@email.com | P.O. Box 11145, 50738 Kuala Lumpur, Malaysia (Operational Headquarters in Bangkok) 2233/1 12th Floor, Sino Thai Tower, Sukhumvit 21 Road (Soi Asoke), Klongtoey Nua, Wattana, Bangkok 10110, Thailand / Nusira Building Ground Floor, Jl. M.T Haryono Kav. 27, Jakarta 12820, Indonesia |
| ROMANIA | Job Selection S.R.L. (Medea) (Royal only) | Ms. Oana Deme | 011-40-265-319-327 / ext. 011-40-722-761-027 | 011-40-265-314-314 | jobselection@jobselection.ro | 9 Alexandru Odobescu Str. 500011 Brasov, Romania |
| GREECE, UKRAINE, DOMINICAN REPUBLIC | Intra Manning Services Ltd. (Celebrity & Royal) | Mihalis Braun (Ukraine) / Dimitrios Katapodis (Greece) | (000) 310-428-8200 | (000) 310-428-6700 | info@intramanning.com, m.braun@intramanning.gr, g.raun@intramanning.gr | 141 Filonos Str, Piraeus, 18536 GREECE |
| PANAMA | Panama Marine Services (Royal only) | Joanna Moss | 011-507-360-5201 / 1-954-772-6159 | 011-507-360-5202 / 1-954-772-6160 | info@panamamarineservices.com | The Century Tower, office 31A, P.O. Box 0819-07-09 Panama, Rep. Panama |
| PHILIPPINES | Philippine Transmarine Carriers (PTC) (Celebrity and Royal) | Mr. Petel Lugnaticon Aporlas, Armand Pineda | 011-63 2366-1107 | | Mpineda@ptc.com.ph | Philippine Transmarine Carriers, 7464 Bagtikan St., San Antonio Village, Makati City 1203 Philippines |
| UNITED KINGDOM | Viking Recruitment Ltd. (Royal only) | Mr. Paul Stevens Ms. Natalie Inman | 011-44-130-424-0661 | 011-44-130-424-0663 | ns@vikingrecruitment.com | Apollo Business Centre, Eurocliff Road, Dover, Kent, CT17 9EL, United Kingdom |

| COUNTRY/REGION (RECRUIT FROM) | HIRING PARTNER | CONTACT | TELEPHONE | FAX | E-MAIL ADDRESS | ADDRESS |
|---|---|---|---|---|---|---|
| ARGENTINA | Transocean | Mariana Ginsberg | 011-54-11-4311-4259 | 011-54-11-4311-4259 | mginsberg@transocean.com.ar | Av. Santa Fe 1970, 7 piso D, C1060AAB Buenos Aires, Argentina |
| AUSTRALIA | Cast-A-Way | Nicole Barton | 011-61-07-3868-2213 | 011-61-07-3868-2200 | nicole@castaway.com.au | 5 Shine Court, PO Box 1174, North Lakes, QLD 4509, AUSTRALIA |
| BARBADOS | Shipmate Services | Mr. Mervyn Lee | 1-866-424-9366 / cell 1-868-682-2200 | 1-868-627-0711 | hiringpartner@shipmate.net, shipmate@caribsurf.com | #35 DUKE STREET WEST, PORT OF SPAIN, TRINIDAD, WEST INDIES |
| BELARUS (LITHUANIA) | Caribbean Cruise Careers (not actively recruiting, no internal hiring processing) | Mr. Carmen Szasz | 011-40-266-332-226 | 011-40-266-332-226 | processing@jobselection.ro | 9 Atelierelor, Odobescu Str, 500271 Brasov, Romania |
| BELGIUM | Job Selection S.R.L. (Habra) | Mr. David Braun | 011-32-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 | 011-32-32-949-544 | david@jobselection.be | Kattendijkdok 6 Oostkaai, 2000 Antwerpen, Belgium |
| BOSNIA & HERZEGOVINA | Job Selection S.R.L. (Habra) | Ms. Carmen Szasz | 011-40-266-3-14-314 / Cell 011-40-744-542-699 | 011-40-266-332-226 | processing@jobselection.ro | 9 Atelierelor, Odobescu Str, 500271 Brasov, Romania |
| BRAZIL | Infinity | Ms. Sheila Silva Santos | 011-55-13-3224-3724 | 011-55-13-3224-3724 | sheila@infinityrh.com.br | Rua Pedro II 21, CEP 11070-350, Santos Sao Paulo, Brazil |
| BRAZIL | Sun & Sea International Ltd | | 55-11-3154-6013 | 55-11-3154-6013 | recruit@sunnsea.com.br | Rua Antonio Carlos 582 Apt 141, Cep 01309-010, Sao Paulo SP, Brazil |
| BULGARIA | Job Selection S.R.L. (Habra) | Ms. Carmen Szasz | 011-40-266-3-14-314 / Cell 011-40-744-542-699 | 011-40-266-332-226 | processing@jobselection.ro | 9 Atelierelor, Odobescu Str, 500271 Brasov, Romania |
| CANADA | Cast-A-Way (processing residents only – not active recruiting) | Ms. Tracy Braustedt | 1-514-694-3194 | 514-694-9606 | tracy@castaway.com | 1351 St-Charles Blvd, Suite 318, Kirkland, Quebec H9H 3C4 Canada |
| CANADA | Cruise Services International | Ms. Susan Andrews | 1-905-430-0361 | 1-905-430-4810 | sandrews@cruiseservices.ca, info@cruiseservices.ca | 33 Forest Heights Street, Whitby, Ontario L1R 1T9 Canada |
| CANADA | Just Cruisin Recruitment inc. | Ms. Kimberley Kyle | 1-514-671-0776 | 1-514-696-0615 | kim@justcruisinrecruitment.ca, kyle@justcruisinrecruitment.ca | 90 Mount Pleasant Avenue, Pointe-Claire, Quebec, H9R 2T5 Canada |
| CHILE | Tutra Marine Services | Ms. Cintya Matus | 011-56-2-232-9540 / 011-56-2-732-2624 | 011-56-2-732-4034 | info@tutramarine.cl | Suecia #15 Office 24, Providencia Santiago, Chile |
| CHINA (Beijing) | Cosco Manning Corporation inc | Ms. Angela Jin | 011-86-10-6561-20-333 | 011-86-10-6563-9338 | cqd@cosco.com, maison@coscomanning.com.cn | Floor 6, Building 2, No. 170, Beiyuan Road, Chaoyang District, Beijing 100101 P.R. China |
| CHINA (Wuhan) | Sea Land Employment Service Co. Ltd. | Mr. Alex Zheng | 011-86-27-550-16-460 | 011-86-27-5501-6460 | alex@chinaseamen.com, alex@seamanjob.com | Room 6502, Jinyuan World Centre, Zhongshan Ave, 1166, Wuhan, 430014, P.R. China |
| COLOMBIA | BERKOL GMBH | Ms. Catalina Duque | 011-571-235-0697 / 011-571-235-0633 | 011-571-2350261 | barco@berkol.net | CRA 13 no 64-13 3rd floor Chapinero, Bogota, Colombia |
| CROATIA | Employment Power Professionals | Ms. Sinisa Gelec | 011-385-1-370-9616 | 011-385-1-370-9616 | sinisa@employmentpower.com/info@employmentpower.com | Cmomerec 16, Zagreb, Croatia, 10000 |
| CZECH REPUBLIC | Job Selection S.R.L. (Habra) | Ms. Carmen Szasz | 011-40-266-3-14-314 / Cell 011-40-744-542-699 | 011-40-266-332-226 | processing@jobselection.ro | 9 Atelierelor, Odobescu Str, 500271 Brasov, Romania |
| DOMINICAN REPUBLIC | V.I.P. International | Able Madisherif (in D.R.) and Marina Madisherif (in U.S.) | Home: 809 970 7609 Cell: 809 972 4201 | 1-809-970-7609 | vipinternational@hotmail.com, marina@cruisecrew.us | Calle Castiz #1, Costambar, Puerto Plata, Dominican Republic / 17 Chasing Cross Road, London, SE14 5EN England |
| ECUADOR | XPEDITION | Carolina Cabrera | 011-593-2-2970-322 | 011-593-2-2970-322 / 011-593-2-2970-214 | carolina@xpedition.com.ec, info@xpedition.com.ec | Quito – Ecuador, Av. Naciones Unidas E10-44 y Av. Republica de El Salvador, Edificio CITIPLAZA, Oficina 101, Piso 1, P.O. BOX 1344 |
| EL SALVADOR | Bow Rosters Agency | Ms. Jackie Clark | 011-506-2444-0301 | 011-506-2444-0243 | bowrosters@yahoo.co.uk | 200 mts north of Perbrincia, Oracle Central, Alajuela, Costa Rica |
| ESTONIA | DLV Connection | Mr. Alex Shadrina | 011-506-2484-0799 | 011-506-2484-0799 | mar@dlvconnection.ru | Michaeli 8-22, Tallinn, 10117, Estonia |
| GERMANY | Contract Worldwide Recruiting Agency | Ms. Denisa Felix | 0040-471-9268-9720 | 49-471-9268-9710 | denisa@contractww.de | Time Port II, Barkhanser Str. 4, D-27568 Bremerhaven, Germany |
| GRENADA | Shipmate Services | Mr. Mervyn Lee | 1-868-624-9366 / cell 868-682-2200 | 1-868-627-0711 | hiringpartner@shipmate.net, shipmate@caribsurf.com | #35 DUKE STREET WEST, PORT OF SPAIN, TRINIDAD, WEST INDIES |
| GUATEMALA | Bow Rosters Agency | Ms. Jackie Clark | 011-506-2444-3001 011-506-2444-3042 011-506-2484-0799 | 011-506-2444-3001 011-506-2484-0799 | bowrosters@yahoo.co.uk | 200 mts north of Perbrincia, Oracle Central, Alajuela, Costa Rica |
| GUYANA | Bow Rosters Agency | Ms. Jackie Clark | 011-506-2444-3001 011-506-2444-3042 011-506-2484-0799 | 011-506-2444-3042 | bowrosters@yahoo.co.uk | 200 mts north of Perbrincia, Oracle Central, Alajuela, Costa Rica |
| HAITI | rezè mòng | Maryse Francis Kesennasenime Tome DELUSSE | Office: 509-2257-2299 / 509-2257-5644 / Manzila cell (509) 3454-1602 | 1-509-2255-4023 Please call us what them before sending the fax as they use customer, the fax machine so it is also used as a | melanie@inconcul.com, rpfatell@inconcul.com | 52, Angle Rues Clerfard et Louverture, Petion-Ville, Haiti |
| HUNGARY | Job Selection S.R.L. (Habra) | Ms. Carmen Szasz | 011-40-266-3-14-314 / Cell 011-40-744-542-699 | 011-40-266-332-226 | processing@jobselection.ro | 9 Atelierelor, Odobescu Str, 500271 Brasov, Romania |
| INDIA | Ocean Dolphin Ship Management | Mr. Dinesh Mehta | 011-91-22-2204-0757 | 011-91-22-2204-0757 | dinesh@odsm.co.in | GNIH Admani Hart Bunder Division, Buroprad, Bilporot Marine (V) 42-44 N-H-1134 |
| INDIA | Ocean Dolphin Ship Management | Alvio D'Mello | 011-91-22-2673-3308 / 2673-3306 | 011-91-22-2673-3307 | hiringpartner@odsm.net | 7 Pillai Stn. Patwardad Baug, Opp. Pushpam Christian Centre, 100, Mumbai 400002, India, 201st Crysil Plaza, New Link Road, Andheri (W), Mumbai-400 053, India |
| INDONESIA | International Manning Services (formerly Batos International Ltd. (ViAdmiraam) | Edmund Djamaldias | cell 011-62-12-366-0644 / 011-62-21-8-330-306 | 011-62-1-745-3381 011-62-1-745-3393 | edmund.batos@indosatnet.id.com, batosntl@option.net.id | PO Box 11143, 92726 Kuala Lumpur, Malaysia (operational headquarters in Bangkok) 32/33 12th Floor, Sino Thai Tower, Sukhumvit 21 Road (Soi Asoke), Klongtoey Nua, Wattana, Bangkok 10110, Thailand / Menara Kuningan 10th Fl., Jl. H.R. Rasuna Said, Jakarta 12950, Indonesia |
| INDONESIA | PL Raya Cosaria Raya | Mr. Geddy Hartfield | 011-62-21-745-3381 011-62-21-745-3393 | 011-62-21-745-4351 | geddy@ptrayacosariaraya.com, hartfield@ptrayacosariaraya.com | Belara Trade Center, Blok B2 No. 5, Sektor 7, Bintara Jaya, Tangerang, Indonesia 15224 |
| ISRAEL(SOUTH AFRICA) | HR Maritime Security (HARSEC) | Mr. Eric Ron Friedman | 011-972-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 (cell) / 011-972-48-346-7364 / 011-972-488-042 cell | 011-972-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 | eron.friedman@hotmail.com, e.friedman@harsec.com | 96 Haimazad St. Haifa, Israel 31033 |
| JAMAICA | American International Consulting Group | Mr. James Fox | 1-876-906-0517 | 1-876-906-9140 | eric_banks@hotmail.com | 12 United Terrace Kingston 5, Jamaica, West Indies |
| KOREA | HOSHEG | Mr. Steve Hong | 011-82-2-205-529-700-6 | 011-82-2-205-0-9706 | steve@hosheg.com, hong@hosheg.com | Sunyoung Bldg. No-15F, 1560-1 Seocho 2-dong, Seocho-gu, Seoul, Korea 1-24 137-876 |
| LITHUANIA | DLV Connection | Ms. Alexandra Shadrina | 011-371-6601-377 | 011-371-6601-377 | mar@dlvconnection.ru | 12 Baznicas Str, LV-1045, Riga, Latvia |
| MACEDONIA | Job Selection S.R.L. (Habra) | Ms. Carmen Szasz | 011-40-266-3-14-314 / Cell 011-40-744-542-699 | 011-40-266-332-226 | processing@jobselection.ro | 9 Atelierelor, Odobescu Str, 500271 Brasov, Romania |

| Country | V.I.P. (Internship) | Contact | Phone | Email | Address |
|---|---|---|---|---|---|
| MAURITIUS | | Charles Sedopel (in Mauritius) and Marcos Manwoud (in U.K.) | 011-230-415-2562, and 011-230-706-4790 cell (011-44-207-7990254) U.K. | nicolassi@hotmail.co.uk with CC to josh@seamanchester.co.uk | Royal Road, Quatre Coins, Mauritius / 17 Charing Cross Road, London, WC2H 0DW, Great Britain (U.K.) |
| MEXICO (Cancun) | Cunibac International Group | Cecilia Albarine y Juan Carlos Jaramillo Sr. (Miami) / Alvaro Marin & Mercedes Martinez (Mexico) (Copy Juan Carlos Jaramillo on all emails) | 954-324-0833 Miami / 954-237-6219 fax Miami; Mercedes Martinez & Alfred Martin in MX | jcjaramillo@cunibac.com.mx | Galileo No. 20 - 204, Col. Polanco, C.P. 11560, Mexico D.F. / 3350 S.W. 148th Ave, Suite 110, Miramar, FL 33027 |
| NEW ZEALAND | Paramount International | Mr. Jose Moore | 011 52 998 892 4474 | josemoore@paramountinternational.com.mx | Plaza la Victoria Local C-15 Plaza Alta, Plaza Bonita, SM38, Cancun, Q Roo, Mexico 77500 |
| | Cast-A-Way | Nikita Barton | 61 (07) 3666 2213 | nikita@cast-a-way.net | 3 Hilton Crt, Burpengary, Q, 4505, AUSTRALIA |
| PANAMA | Barbus Employment & Catering Agency, Inc. (BECA) (Hotel industry recruiting) | Ms. Nani E Leon | 011 507 290 5040 | manager@becapmy.net | Royal Country PH2, Altos de Panamá, Ancón, Panamá, Rep. of PH P.O. Box 0843-00336 Panamá, Republic of Panamá |
| PANAMA | International Manning Services (formerly Barber International Ltd.) | Ms. Ethel Davis | 507 214 4421 | EthelDavis@pancanal.com | Edif. Plaza Banvivir, Oficina No. 107, Calle 52, Obarrio, Bella Vista, Panamá City PA Zone 7, Panama |
| PERU | Sunwing SAC | W. Edmundo & Patricia Garate | 780-204-3410/011-51-1-715-3005 | garate@terra.com.pe | AV. JAVIER PRADO ESTE 2528 - SAN BORJA, LIMA - PERU |
| PHILIPPINES | Philippine Transmarine Carriers (PTC) | Mr. Peter Luigi-John Agpaoa, Armand Poeta | 011 63 2896 1127 | ptc@ptc.com.ph | Philippine Transmarine Carriers, First Maritime Place, 7458 Bagtican St., San Antonio Village, Makati City, 1203 Philippines |
| POLAND | O.U. Connection | Ms. Aleksandra Lapina | 011 372 6601 377 | info@ou-connection.ee | Makinerd 5-22, Tallinn, 10117, Estonia |
| PORTUGAL | SSG Entoss (The Seven Seas Group Europe) | Mr. Jorge Franci / Guillermo Marin | 305-600-2-240609/351 282 492229 Portugal | jorge@sevenseas.eu.com | URB. VALE DA MORTA, LT 22, VALE DE FRANCA, PORTIMAO 8500-709, ALGARVE, PORTUGAL |
| ROMANIA | Job Selection S.R.L. (Headers) | Ms. Oliva Dane | 011-40-266-314-214 781-527 | job@jobselection.ro | 9 Alexandru, Odobescu Str. 500211 Brasov, Romania |
| RUSSIA | O.U. Connection | Ms. Aleksandra Lapina | 011 372 6601 377 | info@ou-connection.ee | Makinerd 5-22, Tallinn, 10117, Estonia |
| SERBIA & MONTENEGRO | Job Selection S.R.L. (Headers) | Ms. Carmen Szasz | 011-40-266-314-214 / CAR 011-40-744-642-099 | galaxy@jobselection.ro | Sea Agency Ltd. T.C. Bahamani 35-39, 2 boc, 11000 Belgrade, Serbia, Europe |
| SLOVAKIA | Job Selection S.R.L. (Headers) | Ms. Carmen Szasz | 011-40-266-314-214 / CAR 011-40-744-642-099 | galaxy@jobselection.ro | 9 Alexandru, Odobescu Str. 500211 Brasov, Romania |
| SLOVENIA | Job Selection S.R.L. (Headers) | Ms. Carmen Szasz | 011-40-266-314-214 / CAR 011-40-744-642-099 | galaxy@jobselection.ro | 9 Alexandru, Odobescu Str. 500211 Brasov, Romania |
| SOUTH AFRICA | Five Star Cruises | Mr. Amir Kerkadi | 011 27 21 421 5664 | info@5starcruises.co.za | 501 First Breton House College, 73 Church Street, Cape Town 8001, South Africa |
| SOUTH AFRICA | Sea & Mountain (?) | Ms. Kyla Pierce | 011 27 21 424 0079 | kyla@seamall.co.za | 205 Gibraltar House, 14 Regent Road, Sea Point, Cape Town, South Africa, 8005 |
| ST LUCIA | East-West Ship Services | W. Pauline Moses | 1-784-457-1743 / 1-784-520-1863 cell | camponi@hotmail.com | Campion Park Industrial Site, Suite K 581, Kingstown, St. Vincent, West Indies |
| ST VINCENT | Marine Employment Agency | Jacob Peverado | 758-461-6163 | marina148@hotmail.com | 38 Brazil Street, 2nd floor, Corner of Brazil and Peynier, Castries, St. Lucia |
| THAILAND | MSI Recruitment (Training) Ltd (Singapore) | Capt Chua Kim Thor / Sebastian Peynier (Singapore) | 011-65-295-239-695 / 65 96533624 (Singapore) | thailand@chuaservices.com | Vantasa Building 5th Floor, Suite 5A, 38 Soi Chidlom, Ploenchit Road, Lumpini, Pathumwan, Bangkok 10330 THAILAND / 10 Anson Road, #9-11 International Plaza, SINGAPORE 079903 |
| TRINIDAD | Stephanie Services | Mr. Meivyn Lee | 1-868-624-9380 / cell 1-868-682-5000 | stephs@wow.net | ASI DUKE STREET WEST, PORT OF SPAIN, TRINIDAD, WEST INDIES |
| TURKEY | Kaya Yetise (Singco detransiable agency) | Mr. Kaya Yerdiz | 011-90-212-663-0196 | kaya@kaya.com.tr | Stephceplu Caddessi Elsh Sokari, Deki Asil B. Blok No. 19, Daire 7, Yesilyurt-Istanbul, Turkey 34149 |
| UKRAINE | Job Selection S.R.L. (Headers) | Ms. Carmen Szasz | 011-40-266-314-214 / CAR 011-40-744-642-099 | galaxy@jobselection.ro | 9 Alexandru, Odobescu Str. 500211 Brasov, Romania / 48 Artema Str., Apt 29, Odessa, Ukraine |
| UNITED KINGDOM | Crown Recruitment | Mr. Robert Weeks & Mr. Russell Simone | 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-467-2005 | info@crownhv.com | 24 Grand House Road, Churchill, Dudley, UK ROUND |
| UNITED KINGDOM | Excite Recruitment Hospitality Talent Mgmt. | Ms. Jorge Franci | 305-600-2-240609 | jorge@exciterecruitment.com | 48 Knightsbridge Lane, Marlow, UK SP9 2HP England |
| URUGUAY | The Seven Seas Group | Juan Pablo Poseka | 011-598-99-225-6092 / 011-598-97-066-809 cell | seven@deepuscruise.com | Garibio 2692, Pocitos, Montevideo, URUGUAY CP 11300 |

## MARINE RIDING CREW PROTOCOL

On February 29, 2008, a meeting was held between **Royal Caribbean Cruises Ltd.** and **Norwegian Seafarers' Union.**

Present at the meeting were:
    For Royal Caribbean Cruises Ltd.:    Malcolm K. Lynch
    For Norwegian Seafarers' Union:    Johan N. Oyen

The parties met to discuss the Wage Tables for Marine Riding Crew attached to the "Protocol of 2006," dated August 31, 2006 and the Wage Table for Marine Riding Crew attached to the Agreement Between Royal Caribbean Cruises Ltd and the Norwegian Seafarers' Union For Marine Officers, Deck & Engine Ratings, Riding Crew and Hotel Personnel Serving On Cruise Vessels Under the Royal Caribbean International Brand effective January 1, 2008."

The parties agreed to the following:

1.    To recognize the inadvertence of and sufficient cause for the clerical error in the Wage Table for Marine Riding Crew attached to the "Protocol of 2006," dated August 31, 2006 and the inadvertence of and sufficient cause for the clerical error in the Wage Tables for Marine Riding Crew attached to the Agreement Between Royal Caribbean Cruises Ltd and the Norwegian Seafarers' Union For Marine Officers, Deck & Engine Ratings, Riding Crew and Hotel Personnel Serving On Cruise Vessels Under the Royal Caribbean International Brand effective January 1, 2008."

2.    To correct the clerical error in the Wage Tables for Riding Crew attached to the "Protocol of 2006," dated August 31, 2006 and attached to the Agreement Between Royal Caribbean Cruises Ltd and the Norwegian Seafarers' Union For Marine Officers, Deck & Engine Ratings, Riding Crew and Hotel Personnel Serving On Cruise Vessels Under the Royal Caribbean International Brand effective January 1, 2008."

Signed the _____ day of ~~March~~, 2008

By _____
Maria Del Busto
Vice President and
Chief Human Resources Officer
ROYAL CARIBBEAN CRUISES LTD.

By _____
Jacqueline Smith
President
NORWEGIAN SEAFARERS' UNION

March 1, 2008

# Royal Caribbean International - Wage Table

Appendix XX - Marine Riding - 2008

| 1 | Factor | 2 | 3 | 4 | 5 | 6 | 7A | 7B | 8 | 9 | Benefit Value | | | | | | |
| | | | | | | | | | | | Social Comp. | End of Serv. Grat | IMO STCW | Union Fee | T&D | CAM Related | Total ITF |
| | | | | | | | | | | | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENGINE FOREMAN | 1.320 | $759 | $259 | $302 | $1,320 | $213 | NA | $13 | $4.98 | $5.98 | $95 | $40 | $33 | $20 | $30 | $70 | $1,820 |
| TECHNICAL STOREKEEPER 1 | 1.320 | $759 | $259 | $302 | $1,320 | $213 | NA | $13 | $4.98 | $5.98 | $95 | $40 | $33 | $20 | $30 | $70 | $1,820 |
| BOATSWAIN | 1.250 | $719 | $245 | $286 | $1,250 | $201 | NA | $13 | $4.72 | $5.66 | $95 | $40 | $33 | $20 | $30 | $70 | $1,738 |
| CARPENTER SUPERVISOR | 1.250 | $719 | $245 | $286 | $1,250 | $201 | NA | $13 | $4.72 | $5.66 | $95 | $40 | $33 | $20 | $30 | $70 | $1,738 |
| REPAIRMAN SUPERVISOR | 1.250 | $719 | $245 | $286 | $1,250 | $201 | NA | $13 | $4.72 | $5.56 | $95 | $40 | $33 | $20 | $30 | $70 | $1,738 |
| CARPENTER | 1.194 | $687 | $234 | $273 | $1,194 | $192 | NA | $13 | $4.50 | $5.41 | $95 | $40 | $33 | $20 | $30 | $70 | $1,673 |
| REPAIRMAN | 1.194 | $687 | $234 | $273 | $1,194 | $192 | NA | $13 | $4.50 | $5.41 | $95 | $40 | $33 | $20 | $30 | $70 | $1,673 |
| ASST. ELECTRICIAN | 1.194 | $687 | $234 | $273 | $1,194 | $192 | NA | $13 | $4.50 | $5.41 | $95 | $40 | $33 | $20 | $30 | $70 | $1,673 |
| ASSISTANT REF. ENGINEER | 1.194 | $687 | $234 | $273 | $1,194 | $192 | NA | $13 | $4.50 | $5.41 | $95 | $40 | $33 | $20 | $30 | $70 | $1,673 |
| TECHNICAL STOREKEEPER | 1.194 | $687 | $234 | $273 | $1,194 | $192 | NA | $13 | $4.50 | $5.41 | $95 | $40 | $33 | $20 | $30 | $70 | $1,673 |
| SECURITY SUPERVISOR | 1.194 | $687 | $234 | $273 | $1,194 | $192 | NA | $13 | $4.50 | $5.41 | $95 | $40 | $33 | $20 | $30 | $70 | $1,673 |
| INCINERATOR TECHNICIAN 1 | 1.194 | $687 | $234 | $273 | $1,194 | $192 | NA | $13 | $4.50 | $5.41 | $95 | $40 | $33 | $20 | $30 | $70 | $1,673 |
| AB | 1.000 | $575 | $196 | $229 | $1,000 | $161 | NA | $11 | $3.77 | $4.53 | $95 | $40 | $33 | $20 | $30 | $70 | $1,448 |
| QUARTERMASTER | 1.000 | $575 | $196 | $229 | $1,000 | $161 | NA | $11 | $3.77 | $4.53 | $95 | $40 | $33 | $20 | $30 | $70 | $1,448 |
| 1ST ASST. CARPENTER | 1.000 | $575 | $196 | $229 | $1,000 | $161 | NA | $11 | $3.77 | $4.53 | $95 | $40 | $33 | $20 | $30 | $70 | $1,448 |
| UPHOLSTERER | 1.000 | $575 | $196 | $229 | $1,000 | $161 | NA | $11 | $3.77 | $4.53 | $95 | $40 | $33 | $20 | $30 | $70 | $1,448 |
| MOTORMAN | 1.000 | $575 | $196 | $229 | $1,000 | $161 | NA | $11 | $3.77 | $4.53 | $95 | $40 | $33 | $20 | $30 | $70 | $1,448 |
| INCINERATOR TECHNICIAN | 1.000 | $575 | $196 | $229 | $1,000 | $161 | NA | $11 | $3.77 | $4.53 | $95 | $40 | $33 | $20 | $30 | $70 | $1,448 |
| 1ST ASST. REPAIRMAN | 1.000 | $575 | $196 | $229 | $1,000 | $161 | NA | $11 | $3.77 | $4.53 | $95 | $40 | $33 | $20 | $30 | $70 | $1,448 |
| 1ST ASST. ELECTRICIAN | 1.000 | $575 | $196 | $229 | $1,000 | $161 | NA | $11 | $3.77 | $4.53 | $95 | $40 | $33 | $20 | $30 | $70 | $1,448 |
| FLOOR MAINTANCE SUPERV. | 1.000 | $575 | $196 | $229 | $1,000 | $161 | NA | $11 | $3.77 | $4.53 | $95 | $40 | $33 | $20 | $30 | $70 | $1,448 |
| ORDINARY SEAMAN | 0.810 | $466 | $159 | $185 | $810 | $130 | NA | $9 | $3.06 | $3.67 | $95 | $40 | $33 | $20 | $30 | $70 | $1,228 |
| 2ND ASST. CARPENTER | 0.810 | $466 | $159 | $185 | $810 | $130 | NA | $9 | $3.06 | $3.67 | $95 | $40 | $33 | $20 | $30 | $70 | $1,228 |
| 2ND UPHOLSTERER | 0.810 | $466 | $159 | $185 | $810 | $130 | NA | $9 | $3.06 | $3.67 | $95 | $40 | $33 | $20 | $30 | $70 | $1,228 |
| OILER | 0.810 | $466 | $159 | $185 | $810 | $130 | NA | $9 | $3.06 | $3.67 | $95 | $40 | $33 | $20 | $30 | $70 | $1,228 |
| 2ND ASST. REPAIRMAN | 0.810 | $466 | $159 | $185 | $810 | $130 | NA | $9 | $3.06 | $3.67 | $95 | $40 | $33 | $20 | $30 | $70 | $1,228 |
| 2ND ASST. ELECTRICIAN | 0.810 | $466 | $159 | $185 | $810 | $130 | NA | $9 | $3.06 | $3.67 | $95 | $40 | $33 | $20 | $30 | $70 | $1,228 |
| 2ND ASST. REF. ENGINEER | 0.810 | $466 | $159 | $185 | $810 | $130 | NA | $9 | $3.06 | $3.67 | $95 | $40 | $33 | $20 | $30 | $70 | $1,228 |
| SECURITY GUARD | 0.810 | $466 | $159 | $185 | $810 | $130 | NA | $9 | $3.06 | $3.67 | $95 | $40 | $33 | $20 | $30 | $70 | $1,228 |
| INCINERATOR OPERATOR 1 | 0.810 | $466 | $159 | $185 | $810 | $130 | NA | $9 | $3.06 | $3.67 | $95 | $40 | $33 | $20 | $30 | $70 | $1,228 |
| FLOOR MAINTENANCE | 0.810 | $466 | $159 | $185 | $810 | $130 | NA | $9 | $3.06 | $3.67 | $95 | $40 | $33 | $20 | $30 | $70 | $1,228 |
| 3RD ASST. CARPENTER | 0.660 | $380 | $129 | $151 | $660 | $106 | NA | $7 | $2.49 | $2.99 | $45 | $40 | $33 | $20 | $30 | $70 | $1,004 |
| 3RD ASST. UPHOLSTERER | 0.660 | $380 | $129 | $151 | $660 | $106 | NA | $7 | $2.49 | $2.99 | $45 | $40 | $33 | $20 | $30 | $70 | $1,004 |

2 of 2

March 1, 2008

| Position | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3RD ASST. REPAIRMAN | 0.660 | $380 | $129 | $151 | $660 | $106 | NA | $7 | $2.49 | $2.99 | $45 | $40 | $33 | $20 | $30 | $70 | $1,004 |
| 3RD ASST. ELECTRICIAN | 0.660 | $380 | $129 | $151 | $660 | $106 | NA | $7 | $2.49 | $2.99 | $45 | $40 | $33 | $20 | $30 | $70 | $1,004 |
| 3RD ASST. REF. ENGINEER | 0.660 | $380 | $129 | $151 | $660 | $106 | NA | $7 | $2.49 | $2.99 | $45 | $40 | $33 | $20 | $30 | $70 | $1,004 |
| INCINERATOR OPERATOR | 0.660 | $380 | $129 | $151 | $660 | $106 | NA | $7 | $2.49 | $2.99 | $45 | $40 | $33 | $20 | $30 | $70 | $1,004 |
| JR. SEAMAN | 0.590 | $339 | $116 | $135 | $690 | $95 | NA | $8 | $2.23 | $2.67 | $45 | $40 | $33 | $20 | $30 | $70 | $923 |
| JR. ENGINE MAN | 0.590 | $339 | $116 | $135 | $690 | $95 | NA | $6 | $2.23 | $2.67 | $45 | $40 | $33 | $20 | $30 | $70 | $923 |
| DECK TRAINEE** | 0.320 | $184 | $63 | $73 | $320 | $52 | NA | $3 | $1.21 | $1.45 | $45 | $40 | $33 | $20 | $30 | $70 | $609 |
| ENGINE TRAINEE** | 0.320 | $184 | $63 | $73 | $320 | $52 | NA | $3 | $1.21 | $1.45 | $45 | $40 | $33 | $20 | $30 | $70 | $609 |

** 1ST CONTRACT ONLY
Above values are all in US Dollars

NOTES
1. POSITION
2. GUARANTEED MONTHLY BASIC PAY FOR 44 HOURS PER WEEK
3. MONTHLY INITIAL OVERTIME COMPENSATION FOR WORK BETWEEN 44 AND 56 HOURS PER WEEK
4. MONTHLY SUPPLEMENTAL OVERTIME COMPENSATION FOR 60.92 GUARANTEED OVERTIME HOURS PER MONTH
5. GUARANTEED MONTHLY TOTAL PAY
6. MONTHLY COMPENSATION FOR SEVEN DAYS VACATION PAY
7. SENIORITY PAY AFTER FIRST AND SECOND SERVICE PERIOD
7B. RIDING CREW BONUS
8. GUARANTEED OVERTIME RATE PER HOUR, FOR 60.92 GUARANTEED OVERTIME HOURS PER MONTH
9. EXTRA OVERTIME RATE PER HOUR FOR WORK PERFORMED IN ADDITION TO THE GUARANTEED OVERTIME
10. SOCIAL PROGRAM COMPENSATION
11. RCCL END OF SERVICE GRATUITIES
12. ADDITIONAL NON COMPENSATION BENEFIT FOR MOISTCW
13. UNION FEE
14. ADDITIONAL NON COMPENSATION BENEFIT FOR TRAINING AND DEVELOPMENT
15. ADDITIONAL NON COMPENSATION BENEFIT FOR CAM (HIRING MEDICAL, SHENGEN AND C1D VISAS, PASSPORT & BLUE BOOK RENEWAL, INTERNET ACCESS)
16. ADDITIONAL NON COMPENSATION BENEFITS + BASE PAY

# Protocol – Gulf of Aden Transit

This Protocol is made on April 27, 2009.

Between

Norwegian Seafarers' Union ("the Union)

AND

Royal Caribbean Cruises Ltd. ("the Owners/Company")

For avoidance of doubt and to confirm the Union's and Owner's/Company's mutual agreement and understanding regarding the application of Article 32 of the Collective Agreement effective January 1, 2008 to operations in the Gulf of Aden, the parties hereby agree as follows:

1. It is agreed and understood that irrespective of any designation by Lloyd's, the Union and Owners/Company agree that the Gulf of Aden shall be and has been considered a "High Risk Area" rather than a "Warlike Operations Area".

2. The Western Border of the "High Risk Area" shall run from the coastline at the border for Djibouti and Somalia to position 11 48 N, 45 E; from 12 00 N, 45 E to Mayyun Island in the Bab El Mandeb Straits. The Eastern Border runs from Rhiy di-Irisal on Suqutra Island to position 14 18 N, 53 E; from 14 30 N, 53 E to the coastline at the border of Yemen to Oman.

3. During the period of transit of the area designated as the "High Risk Area", each seafarer covered by the Agreement shall receive a bonus equal to 100% of the basic wage as indicated on the Wage Tables annexed to the Agreement.

4. During the period of the transit, the compensation payable in case of death and disability shall be doubled.

5. In the case the vessel transits the High Risk Area outside of the east bound and west bound transit lanes created under the UKMTO Transit Corridor, seafarers have the right not to proceed with the passage. In such an event, the seafarer concerned shall be repatriated at the company's cost with benefits accrued until the date of return to the port of engagement.

6. The vessel may deviate from the transit lanes without affecting the terms and conditions for the seafarers on board for collision avoidance purposes only, as long as they are returned to the original lanes as soon as it is safe and practicable to do so.

7. The Union and Owners/Company agree to review the situation from time to time as necessary, but before any extra compensation shall be due any seafarer pursuant to Article 32, the parties agree to confer regarding their mutual understanding of the appropriate designation of the area in question.

Signed by _____
On behalf of Royal Caribbean Cruises Ltd.

Signed by _____
On behalf of Norwegian Seafarers' Union

682-00-00.2009b

# Protocol

Between July 27, 2008 and June 15, 2009 a number of meetings were held and e-mails exchanged between Royal Caribbean Cruises Ltd. ("the Owners/Company" and Norwegian Seafarers' Union ("the Union") & the International Transport Worker's Federation regarding amendments to the Agreement between Royal Caribbean Cruises Ltd. and Norwegian Seafarers' Union covering Marine Officers and Deck & Engine ratings and Riding Crew and Hotel Personnel serving on cruise vessels under the Royal Caribbean International brand.

Participating where:

For the Owner/Company:       Tony Faso, Guillermo Villa and John McGirl

For the Union and ITF:       Johan N. Oyen, Tamara S. Pascual and Deirdre Fitzpatrick

The parties agreed on the following:

1. To amend sections of the Agreement and to attach a copy of the amended Agreement to this Protocol,

2. That the amended Agreement will take effect for each individual Seafarer as they are engaged or return to service starting July 1, 2009;

3. That the Union shall print the necessary number of copies of the Agreement and that the Owners/Company, and/or their agents, shall distribute one copy to each Seafarer covered by it;

4. To meet as soon as possible to audit the Agreement for ILO MLC 2006 compliance;

5. To meet as soon as possible to discuss a possible 2010 wage increase;

6. To meet to discuss the amount payable to the ITF, as stated in Schedule 1 of the Special Agreement for the years 2010, 2011, 2012 and thereafter, if the economic situation worsens;

7.   That this Protocol shall take effect on July 1, 2009.

Signed the 15th day of June, 2009

By _____
    On behalf of Royal Caribbean Cruises Ltd.

By _____
    On behalf of Norwegian Seafarers' Union

Human Resources - 6.04  (Revision 42 - 04/28/2009)

maritime authorities.



Zero Tolerance Form.doc

**Related Entries:**

END OF SECTION

Annex 7



RCL (UK) LTD

(manual section is applicable for above companies)

HUMAN RESOURCES                                    Revision 42 :  April/28/2009
Chapter 6 - Recognition, Assessments
and Disciplinary Action

6.07  Progressive Discipline Process

 **Policy**

Shipboard regulations apply to all officers, staff and crew, collectively referred to as
"Employees" from here on.

Degrees of discipline are generally progressive and are used to ensure that the employee has the
opportunity to correct his/her performance or behavior.  Where severe policy violations have
occurred, the Division Head may issue a Written Warning up to and including a recommendation
for Master's Hearing without prior coaching and/or verbal counseling. Please see Shipboard
**Rules and Regulations**.  At any time, the Staff Captain may issue a disciplinary action directly
to the employee for violations in cases of safety, security and any type of violence towards a
guest or crew.  If violence or a crime is alleged, or if the issue involves a security matter, the
Master should refer to SQM Security Chapter 9 before terminating any crew member (including
concessionaires).  In situations where debarking or termination decisions involve crime
allegations, Global Security concurrence must be obtained in advance of the termination or
debarking to ensure reasonable steps are taken to coordinate with investigating law enforcement
authorities.  Conflicts, if any, between this guidance and other policy or immigration law must be
brought to the attention of Global Security immediately for resolution.  Global Security will
provide the Master with historical perspective, etc., in guest debark decisions when appropriate.

Written Warnings shall be issued by the Division Head and signed by the Department Head and
the HR Manager.  Warnings and Counselings are active 12 months from the date of issue. Three
(3) written warnings within a 12-month period require a mandatory Master's Hearing.

**Verbal Counseling**
Supervisors shall discuss unsatisfactory behavior/performance with their employees and may
issue verbal counselings, if necessary.  The Verbal Counseling is used for minor policy or
performance offenses.  The following are some examples of circumstances, but not limited to,
when a Verbal Counseling may be issued:
- Unsatisfactory/poor job performance
- Not completing assigned tasks without valid explanation and/or missed deadline
- Late arrival for duty or leaving work early without permission
- Negative behavior which interferes with his/her job performance or the performance of others

Human Resources - 6.07  (Revision 42 - 04/28/2009)

- Inability to cooperate with fellow employees
- Smoking in unauthorized areas
- Failure to adhere to uniform dress code
- Loss of crew card/seapass

## Written Warning

If an employee continues to break the rules, ignores policies and procedures and/or continues to perform below standard, a Written Warning may be issued. The Written Warning is to be issued by the Division Head and signed by the Department Head and HR Manager.  The following are some examples of circumstances, but not limited to, when a Written Warning may be issued:

- Misconduct
- Repetitive loss of crew card/seapass
- Late onboard
- Unauthorized use of guest areas
- Failure to comply with safety rules or failure to wear safety equipment
- Failure to attend safety drills or mandatory training
- Cabin not kept clean as per Master's inspections
- Failure to report injury or accident to self or others
- Threatening or abusive language towards other employees, including supervisor
- Failure to comply with Customs, Immigration, or Agricultural laws
- Failure to report to Crew Office when signing on
- Deliberate misuse or damage to company's property
- Insubordination/refusal to follow supervisor's lawful orders
- Solicitation of tips or excellent ratings
- Repeated unsatisfactory job performance

The Employee Discipline Form is to be used for both Verbal Counsellings and Written Warnings.  Copies of all discipline actions are to be  provided to the Staff Captain, HR Manager, Employee and Division Head.

### Employee Discipline Form



Employee Discipline Form.doc

## Final Warning

The Master shall have the option to issue a Final Warning as a last step before termination of a crew member at a Master's Hearing regardless of whether the Hearing was necessitated by a 3rd written warning or a single offense or violation.

## Discipline by Shoreside Management

In special circumstances, a shipboard employee may be required to attend a meeting in the Miami Corporate Office which may result in a recommendation of disciplinary action up to and including termination of employment. The employee shall be informed of the reason for the

meeting prior to being brought ashore.

During the meeting, a panel comprised of appropriate management will describe the alleged violation of company policy and will hear the employee's description of the event(s) that occurred. At the conclusion of the meeting, or shortly thereafter, the crew member will be informed of the panel's decision.  If a verbal or written warning is issued it shall become part of the employee's personnel record and will have the same impact as a warning issued onboard.  If the panel decides that termination of employment is necessary, the shoreside Vice President of the functional unit will inform the Department Head shipboard.

For those ships where Enterprise One has been deployed to all users, all disciplinary action will be entered in Enterprise One, not Encore.  While disciplinary action must be entered into the system within 48 hours of the occurrence, it is important to take note of the following:
- The maximum permissable time frame to enter disciplinary action in Enterprise One is 14 days from the date of occurrence.
- Should an investigation result in the entry date exceeding the 14 days, the HR Manager will need to contact HRIS to have the disciplinary action entered into Enterprise One.

 ## Guidance

Progressive disciplinary actions should be originated by the Immediate Supervisor and brought to the attention of the Division Head. They should be discussed with the employee within 24 hours and entered into the system within 48 hours of the occurrence, unless further investigation is required as determined by the Staff Captain and/or HR Manager .

If the immediate Supervisor determines that a 3rd Written Warning is necessary, he/she will discuss it with the HR Manager and the Division Head who, upon determination of cause, will issue the 3rd Written Warning to the employee.  The Supervisor shall enter the information into Encore. The HR Manager will research the employee's file on the system and compile a Report to Master within 24 hours of receipt, unless further investigation is required.  The Master shall then convene a Master's Hearing. Refer to policy 6.08 for the process.

After the completion of the Master's Hearing the Master may take any action up to and including termination, including the option to issue a Final Warning, with the understanding that any infraction after a Final Warning will result in termination of the crew member.

Signed copies are to be submitted to  Staff Captain, Division Head, Employee, HR Manager and shoreside HR. The HR Manager shall forward a copy to Shoreside HR.  The HR Manager shall keep the original and all other relevant documents (Statements, Employee Development Plans, Investigation Reports, etc.) on file for minimum of 12 months, after which, they are sent to Shoreside HR Fleet Operations for filing.

Human Resources - 6.07  (Revision 42 - 04/28/2009)



The Shipboard Human Resources Manager is responsible to ensure that the progressive disciplinary process is followed and all documents are reviewed for accuracy and consistency. The ultimate management of the Progressive Discipline Process is the responsibility of the Vice President of Human Resources.

**Related Entries:**

END OF SECTION

Human Resources - 6.08  (Revision 42 - 04/28/2009)

 **RCL (UK) LTD**

(manual section is applicable for above companies)

HUMAN RESOURCES                                    Revision 42 :  April/28/2009
Chapter 6 - Recognition, Assessments
and Disciplinary Action
            **6.08  Employment Termination/Dismissal**

 **Policy**

**6.08.01  Master's Hearing Procedures**

In the event the Master determines the employment of a shipboard crewmember may be terminated, whether for job performance or for disciplinary reasons, a Master's Hearing will be held before the crewmember is terminated and signs-off the ship.

**It is the Master's decision to hold a hearing based on available facts and interpretation of them, as presented in the Human Resources Manager's Report.**

The Human Resources Manager will prepare a "Report to Master", gathering all facts from the crewmember and any witnesses.   The Human Resources Manager will compile the crewmember's prior disciplinary record and crewmember's history with the company.

The Master Hearing must be attended by a Committee, which includes: Master, Staff Captain, Hotel Director or Chief Engineer, crewmember, Human Resources Manager, and the Division Head (Immediate Supervisor as needed).  The Master may request other persons to attend the Hearing at his/her discretion. The employee may elect to bring his/her own representative to the Master's Hearing.

At the hearing, the Master shall question the crewmember and any witnesses who might be able to provide information in the case.  The remaining members of the Committee may ask questions.  The Human Resources Manager will provide advice and counsel on any applicable collective bargaining agreements (CBA) and will act as an impartial party to the process, to ensure that the crewmember gets a fair and objective review of the circumstances.  The Master shall ask the Committee for their feedback before making a final decision.

When the Master makes a decision, he/she must inform the crewmember and state the ground for it.  The decision shall be entered on the Master's Hearing Form, as well as the crewmember and any witness's statements.  All in attendance must sign the form. In case of a dismissal, the Human Resources Manager will enter the termination into Encore/Enterprise-One before the crewmember departs the ship.

**Report to Master Form**



Report to Master - Blank.doc

**6.08.02  Termination of a Concessionaire Crewmember**
Crewmembers employed by the company's Revenue Partners, may be terminated through a Master's hearing due to policy violation. The Revenue Partner involved is responsible to address and correct any job performance issue of their employee through their company internal performance management system.

The following is the procedure for disciplinary actions taken with crew members working for any of our revenue partners (including: Starboard, Steiner, Onboard Media, Park West, Image, Australian Airbrush Tattoos) onboard Royal Caribbean International ships:

- For any disciplinary actions taken toward these crew members, both the Division Head (Marketing and Revenue Manager) and the Revenue Manager from the revenue partner company (e.g. Retail Manager, Spa Manager) must be informed and provided with copies of any documentation relating to the incident.
- Both the Division Head (Marketing and Revenue Manager) and Revenue Manager (e.g. Retail Manager, Spa Manager) must be invited to attend all disciplinary proceedings, including Master's Hearings relating to the incident.
- Following any disciplinary actions, the Revenue Manager will receive all related documentation and has the responsibility to forward all documentation to their shoreside HR departments.
- In the event that disciplinary action is taken against the Revenue Manager, the ship's M&R Manager will be responsible for contacting both the Account Manager for that revenue partner in the onboard revenue team, as well as the revenue partner's shoreside operations management.
- The Division Head (Marketing and Revenue Manager) will retain copies of all related documentation in their files for a minimum of 12 months.

Note: Revenue Partners have the right to administer disciplinary action to their employees, up to and including termination. The decision to terminate a Revenue Partner employee by the Revenue Partner must be communicated by their shoreside management. The Revenue Partner will request authorization for termination through Royal Caribbean International's Onboard Revenue Team by contacting their specific Account Manager. Approval will be communicated to appropriate members of the ship's executive committee by the respective Manager of Onboard Revenue.

**6.08.03  Reasons for a Master's Hearing**
Terminations/Dismissals for employees onboard will go through Master's Hearing. The Master can decide to dismiss an employee for two reasons:

**6.08.03a** First, for *"Gross Misconduct"* , when an employee commits a serious violation of

company policies and/or rules and regulations. Below are examples of violations that may be considered serious enough for immediate dismissal, however, there may also be other instances leading to dismissal based on the Master's evaluation of actual circumstances.

- Violence against another person, guest, or crew
- Smuggling, cooperating, or failure to report narcotics traffic
- Dishonesty and /or falsification of company records
- Going to a guest cabin or taking a guest into crew area
- Misconduct towards a guest
- Possession of illegal weapons
- Sexual Harassment or Assault
- Theft of guest, crew, or company property
- Violations of company drug and alcohol policy
- Use of another crewmember's crew card
- Arrested ashore for criminal offense
- Unauthorized use of company records
- Contravention of the "Save the Waves" program
- Missing or jumping ship
- Possession of unauthorized electrical appliances or candles
- Tampering with smoke detectors or other safety equipment
- Unauthorized use of galley equipment or cooking appliances

**6.08.03b** Second, the Master may dismiss any employee for *"Unsatisfactory Job Performance"* . This applies to an employee who has proceeded through the regular "Progressive Disciplinary Process (SQM, 6.07)" and is still not meeting the requirements for the position.

A Master's Hearing Form must be completed at the time of the hearing. All in attendance must sign the form and the "explanation by defendant" must be filed. The reason for dismissal, including the violation of the policy must be clearly stated on the form. The HR Manager is responsible to prepare the Master's Hearing form and distribute copies upon conclusion of the hearing.

<u>Master's Hearing Form</u>

**6.08.04  Termination during Probation**

Newly hired employees are subject to a probation period in accordance with their Collective Bargaining Agreement (CBA) or personal employment agreement. Termination can take place at **any time** during the probation period.

The Immediate Supervisor and the Division Head must provide documentation of Progressive Discipline previously issued to the employee, written recommendation to terminate employment, and Performance Appraisal to the HR Manager. The HR Manager and Department Head must approve the termination, notify the Master, and give a letter of termination to the employee.

<u>Letter of Termination During Probation</u>

### 6.08.05  Termination by Shoreside  Management

In special circumstances, corporate management may take disciplinary action up to and including termination of employment of shipboard employees.  The decision to dismiss can result from an employee serious violation of company policy or from an employee not showing enough improvement after a documented progressive discipline has taken place.

Termination for officers with 2 ½ stripes and above must be initiated in writing by the shoreside Vice President of the functional unit, who will inform the Department Head shipboard.  The termination letter must be approved and signed by the Vice President of Human Resources.

If the employee is onboard, the Department Head in collaboration with the HR Manager must inform the employee in person and give him/her the letter.  If the employee is not onboard, the termination letter must be mailed (registered) to the employee's home address on file.

In case of termination of employment of Out-Island Employees, the Site Manager of the out-island location will communicate to Shoreside Management the employee's violation. Depending on the severity of violation and steps taken within the progressive disciplinary process, the decision to terminate may be taken by the shoreside functional manager with approval of the Shoreside HR Consultant.  It is the responsibility of the Site Manager to give the employee a termination letter.

The Termination letter should provide for 7 days notice or 7 days pay in lieu of notice.

### 6.08.06  Disembarkation of a Dismissed Employee

If a Master's Hearing results in an employee dismissal, the Immediate Supervisor must escort the dismissed shipboard employee from the Master's Hearing to the individual's cabin, accompanied by a Security Guard if deemed necessary.

The Supervisor must be present while the individual packs his/her belongings. It is the responsibility of the Supervisor to ensure the dismissed shipboard employee does not remove any company property from the vessel. He/she should then be instructed to remain in the cabin until called to the crew office for processing and disembarkation.

If the dismissed employee is not a US Citizen or Alien Resident Card holder, the Shipboard Employee's I-95 will be returned to the Crew Administrator.

If the Staff Captain deems it necessary, the Security Officer may be asked to take over responsibility for the dismissed crew member and will accompany him/her until the Port Agent is ready to escort the dismissed employee from the ship. The Security Officer should arrange for the individual to be escorted to the crew gangway and the Port Agent will sign a receipt accepting responsibility.

The dismissed employee must receive all outstanding wages before leaving the ship.

 **Guidance**

**6.08.07 Notification and Administration**

The Division Head must inform by e-mail their shore side functional area support and their scheduler of the termination.  If a senior officer (3-stripe or above) is scheduled for a Master's Hearing, the Department Head should notify the appropriate shoreside functional area Director immediately. The HR Manager must inform the HR Consultant immediately, and send the complete file shore side (Master's Hearing Form, copies of any prior disciplinary actions, performance appraisals, crewmember's and witness statements, etc).
In all cases of terminated employees, the following checklist must be completed by the Immediate Supervisor.

<u>Recovery of Company Property Checklist</u>

It is responsibility of the shipboard Human Resources Manager to ensure that the record of all shipboard terminations is entered into Encore **before** the employee departs the ship.

**For those ships where Enterprise One has been deployed to all users, all disciplinary action will be entered in Enterprise One, not Encore.**

The HR Manager must **immediately** send the complete file with all pertinent documents to their shoreside HR Consultant at the next turnaround port.

<u>HR Manager's Document Checklist</u>



The management and maintenance of the shipboard termination process is the responsibility of the Vice President of Human Resources.

**Related Entries:**
Human Resources Progressive Discipline Process 6.07

END OF SECTION

 RCL (UK) LTD

(manual section is applicable for above companies)

HUMAN RESOURCES                                    Revision 42 :  April/28/2009
Chapter 6 – Recognition, Assessments
and Disciplinary Action

### 6.10  Crew Member Conduct

 **Policy**

All officers, staff, and crew are expected to know and adhere to the rules and regulations established by the Company. This policy is intended to familiarize our crew members with the basic standards they will be expected to meet when it comes to their conduct.

All crew members will:
*Exhibit the basic virtues of respect, dignity, courtesy, and manners at all times
*Recognize and avoid behaviors that other crew members, concessionaires, and guests may find offensive
*Endeavor to avoid situations that present a potential or actual conflict between their interests and the interests of the Company
*Adhere to the Company's zero tolerance policy on harassment, inappropriate guest interaction, alcohol abuse, and crime

 **Guidance**

**General Conduct**

*Verbally Abusive or Offensive Language*
Verbally abusive or offensive language directed toward anyone, including guests, crew members, governmental officials, vendors, or others is not permitted.

*Inappropriate or Abusive Behavior*
Inappropriate or abusive behavior including uninvited or unwelcome physical contact, solicitation, harassment, vandalism, theft, violence, use of fake/false ID, underage drinking or providing alcohol to those under age 21 (see alcohol section below), possession of illegal substances/items or any other illegal or offensive conduct is not permitted.

Employees must refrain from engaging in activities that are contrary to the interests of the Company including posting inappropriate material on the internet, or other public forums, with the intent to portray the Company and/or co-workers in a negative manner.

### Unsafe Behavior
Crew members are expected to observe all safety instructions when performing their jobs. This includes wearing appropriate personal protective equipment for jobs with recognized hazards, reading material safety data sheets before working with chemicals, and avoiding shortcuts which could result in injury, such as standing on a crate to change a light bulb, or using tools for purposes other than for which they were designed. In addition, sitting, standing, laying or climbing on, over or across any exterior or interior railings or other protective barriers, tampering with ship's equipment, facilities, or systems designed for safety, and all other forms of unsafe behavior are not permitted and can result in verbal or written warnings. Serious safety breaches may result in dismissal.

No crew member will be disciplined for refusing to follow an order which the crew member feels is unsafe. In the event of such a refusal, the crew member must immediately notify his or her supervisor of the safety concern so appropriate action can be taken. If no action is taken by the immediate supervisor, then the crew member shall report the safety concern to the Department Head or the Staff Captain. If the crew member remains unsatisfied after exhausting all avenues onboard, he/she may contact the Designated Person Ashore.

### Accident, Incident, and Crew Member Injury Reporting
Crew members must report any accident, incident (near miss), or injury to their immediate supervisor and/or the ship's security staff as soon as possible after the event to allow a full and proper investigation. Crew members must also provide a full and complete history of the accident/injury to the shipboard medical staff so proper medical care can be provided. No crew member will be retaliated against in any way for reporting an accident or injury as long as such report is honest. All crew members must fully cooperate with any investigation. Fraudulent reports of accident/injury will result in discipline up to and including possible termination.

### Discourteous or Disruptive Behavior
Music and TV should be played at a level that does not disturb others. Roller blades, roller skates, skateboards, scooters, bicycles, and similar items may not be utilized onboard (except for mobility aids related to special needs, as approved by the ship's medical staff). Crew members are expected to demonstrate courtesy at all times, and respect common crew spaces and ship facilities.

### Smoking
Smoking is not permitted except in designated areas. Cigarettes, cigars, and pipe tobacco must be properly disposed of and never thrown overboard. Crew members must be at least 18 years of age to purchase, possess, or use tobacco onboard.

### Curfews
Each ship's management reserves the right to enact curfews on an individual, group, or

ship-wide basis if, in the sole judgment of the ship's Captain, such steps become necessary to ensure guest or crew safety.

## Dining Areas Dress Code

Officers and Staff shall always be in proper uniform including nametags at all times while in guest areas. Evening uniforms will be worn after 1800. Colorful hair ties, dangle earrings, and nails inconsistent with uniform guidelines are unacceptable.

## Health and Environment
### Pre-Employment Medical Examinations

Crew members are to undergo Pre-Employment Medical Examinations in accordance with international regulations. All crew members must provide a full disclosure of any and all medical conditions at the time of the examination. The failure to report any past or current medical conditions at the time of examination may result in a denial of medical coverage and other benefits, as well as possible disciplinary action up to and including termination.

### Hand Washing

Crew members must wash their hands with soap and warm/hot water after using the restroom and before eating or handling food. Medical experts say this is one of the best ways to prevent illnesses from starting or spreading.

### Illnesses and Isolation

Royal Caribbean International follows practices and maintains policies that seek to prevent illnesses from affecting others. One of the best ways to prevent the spread of contagious illnesses like gastrointestinal viruses, colds, and flu is to wash your hands thoroughly for at least 20 seconds with soap and warm/hot water after using the restroom and again before eating anything. In the event you experience symptoms that indicate a gastrointestinal illness, such as diarrhea or vomiting, or know of someone experiencing these symptoms, you must advise the medical staff immediately. In addition, some gastrointestinal illnesses remain contagious up to 72 hours or more after symptoms subside; therefore, if you or someone you know experienced such an illness just prior to coming onboard, you must immediately notify the ship's medical staff. This will permit the crew to take steps to reduce the chance that your illness will spread to others on the ship. Failure to immediately report a contagious illness to the ship's medical staff, or to accurately describe its onset, greatly increases the likelihood the illness will spread to others and is a violation of this Policy. Such a violation could lead to disciplinary action. In the event of a contagious illness, the ship's crew will take steps to curtail its spread to others.

### Royal Caribbean International's Save the Waves Program and Trash/Waste Disposal

Royal Caribbean maintains a Save the Waves Program that focuses on three key principles: Reducing the creation or generation of waste materials; recycling as much as possible; and ensuring proper disposal of remaining waste. Trash should be properly disposed of in containers provided throughout the ship or in wastebaskets provided in each stateroom. Trash or other foreign objects should never be flushed down a toilet and never discarded overboard.

## Prohibited Items
### Items with Heating Elements or Open Flames

Certain items that generate heat or produce an open flame are not permitted on our ships. This includes clothing irons, hotplates, candles, incense, and any other items that may create a fire hazard, or are deemed unsafe by shipboard security. (Curling irons and hair dryers are allowed.)

### Banned Food Items
Any food that has been identified by government officials as capable of causing illness or harm if transported or consumed are not permitted onboard.

### Drugs or Other Illegal Substances
No illegal drugs or other illegal substances are allowed onboard or during transfers to and from ships, inside terminals, at our ports of call, during shore excursions, or at our private destinations. Illegal drugs or substances will be confiscated and appropriate action taken, which may include removal from the ship and involvement of appropriate authorities. In addition, foreign governments at Royal Caribbean ports of call have strict laws that address drug possession. Crew members found in violation of such laws are subject to arrest and prosecution by the foreign jurisdiction (and perhaps U.S. or other authorities as well) and may be prevented from re-boarding the ship.

### Weapons, Explosives or Other Dangerous Items
No weapons, explosives, or other items that presents a risk of harm to persons or property, are permitted onboard. They will be confiscated and appropriate action taken. Items such as dive knives must be reported to ship's personnel upon boarding. They may be permitted onboard, but held in safe custody by the ship's Security staff when not in use ashore.

## Safety and Security
Safety and security are everyone's responsibility. Employees who becomes aware of unsafe or possibly illegal behavior onboard a ship or at any of the locations at which we conduct business should immediately report this to the ship's Security Staff or other ship management. This may be done via the ship's telephone, or by seeking the assistance of another crew member.

## Zero Tolerance Policy on Harassment, Inappropriate Guest Interaction, Alcohol Abuse, and Crime
The Company will not tolerate undesirable behavior, such as harassment, inappropriate guest interaction, testing over the alcohol limits established by the company, and crimes (including but not limited to violence, theft, or illegal drug use). Such behavior will result in the automatic imposition of severe penalties up to and including termination for first offenses.

## Harassment
Harassment, as defined for this policy, means verbal or physical conduct that demeans or shows hostility or prejudice toward an individual because of his/her gender, sexual preference, race, religion, color, national origin, age or disability, or that of his/her relatives, friends, or associates.

Harassment creates an intimidating, hostile, or offensive work environment. It can make it difficult for individuals to perform their normal work duties and may hold them back from other

Human Resources - 6.10  (Revision 42 - 04/28/2009)

job opportunities.

Receiving appropriate job performance feedback, counseling, or direction from your supervisor is not considered harassment. If you object to the manner in which the feedback is provided, you may request a review with the department head.

What Is Sexual Harassment?
'Sexual' harassment is a type of harassment. It means unwelcome sexual advances, requests for sexual favors or other verbal, written, or physical conduct of a sexual nature when it is made explicitly or implicitly a term or condition of employment, is used as a basis for employment decisions, unreasonably interferes with an individual's work performance, or creates an offensive work environment.

Sexual harassment does not refer to occasional compliments of a socially acceptable nature. It refers to behavior that is not welcome, that is personally offensive or sexually explicit emails, posters, photographs, or any other materials that illustrate, imply, or describe acts of a sexual nature), that fails to respect the rights of others, that lowers morale, and/or that interferes with work effectiveness.

The following behaviors are examples of sexual harassment and will not be tolerated:
Derogatory, degrading, and/or offensive comments about someone's gender or sexual orientation. This includes inappropriate emails, jokes, stories, or retelling of experiences.
Bringing physical objects or materials of a sexual nature into the workplace.
Using indecent language in the presence of a co-worker.
Touching co-workers in ways that may be considered 'sexual' or 'inappropriate'.
Pursuing an intimate relationship with a co-worker who does not reciprocate that interest.
If you feel you are being harassed you should immediately tell the person harassing you the behavior is unwelcome and must stop. If the harassment does not stop, report the harassment to your supervisor or the Staff Captain.

**Inappropriate Guest Interaction**
Our professional relationship with our guests makes it absolutely necessary that we conduct ourselves appropriately at all times. Sexual contact or intimacy with guests is never acceptable. Such contact or intimacy includes, but is not limited to, the following behaviors:
· Having any sexual contact with guests even if guests agree.
· Offering sexual favors of any kind to guests.
· Accepting guests' sexual advances.
. Telling jokes, or recounting tales/experiences of a sexual nature.
. Using language that is implicitly or explicitly sexual or offensive.
All of these behaviors violate Company policy. If you have sexual contact with guests you can be dismissed immediately. This policy applies to all crew members when onboard Company vessels or ground properties owned or leased by the Company.

Having sexual relations with minors, sexual assault, and rape are all crimes, punishable by law. All allegations of sexual contact with minors and sexual assault and rape will be investigated and

Human Resources - 6.10 (Revision 42 - 04/28/2009)

reported by Global Security to the proper legal authorities and will be prosecuted to the fullest extent allowed by the law.

Important Warning:  Criminal penalties for alleged sexual misconduct can lead to many years in prison.  All crew members must understand that the company has a zero tolerance to any form of sexual contact between crew members and guests, on or off the ship, at anytime during the guest's cruise vacation.  Any such sexual contact will subject the crew member to immediate termination without warning.  As part of this policy the company shall also:
1. Report all alleged sexual assaults to law enforcement for investigation and prosecution, including those allegations where a victim consented to the sexual encounter, but later claimed the activity was not consensual.
2. Cooperate fully with law enforcement or other government officials in the criminal investigation and prosecution of all such incidents to the fullest extent of the law regardless of where in the world the ship is located.
3. Respond to inquiries from any future prospective employer that any crew member terminated for violating this policy, even without criminal charges, is not eligible for rehire.  Crew members therefore must understand that, because job opportunities in the cruise industry are limited, sexual contact with any guest in violation of company policy will have the likely practical effect of making the crew member ineligible to work for other cruise line employers.
Every crew member to whom this policy applies consents to and hereby agrees to be fully bound by these provisions.

Avoid Problem Situations - The following guidelines are for the protection of you and our guests. These guidelines will be strictly enforced. Following them at all times will also help keep you safe from charges of assault from guests:
· Never allow guests into your cabin.
· Never allow guests to attend crewmember parties.
· Never enter a guest stateroom without proper authorization. There are no exceptions. Any crewmember found in a guest stateroom without proper authorization will be dismissed immediately.
· Never use guest elevators unless in the line of duty.
. Never arrange to meet a guest for social reasons outside the ship while in port.

At the Master's discretion, employees may be granted permission to visit their family and/or friends in guest staterooms.

Master's approval must be requested at least one week prior to the voyage.
Employees may only visit guest staterooms and areas specifically authorized by the Captain.
Visitation may only occur when the employee is not working.
The employee must wear civilian clothing when visiting the guest stateroom.  This is the only time employees are to be out of uniform while in a guest area.

Safe Practices - Always treat guests with respect and courtesy. However, you should immediately report sexually aggressive individuals or guests to a member of the ship's management team.

· Always avoid touching guests in ways that may be considered 'sexual' or 'inappropriate'.
· Always avoid contact with guests who are physically aggressive or violent. If a guest becomes violent with you, leave the scene and tell a member of the security staff.

## Crime

Royal Caribbean Cruises Ltd., in cooperation with the Cruise Lines International Association (CLIA), has established a "Zero tolerance Policy on Crime." The policy requires reporting allegations of crimes committed onboard our ships to appropriate law enforcement and maritime authorities. Global Security Department is responsible for all such reporting.

## Alcohol

Royal Caribbean expects its crew members to be responsible for their actions at all times, including during transfers to and from ships, inside terminals, while onboard, at our ports of call, during shore excursions, and at our private destinations. Consuming alcohol to excess impairs one's judgment and reduces one's ability to recognize and avoid potentially dangerous situations. Crew members who choose to consume alcohol must do so responsibly.

(The following statements are excerpted from the Company's Drug and Alcohol policy. The complete text of that policy can be found in HR 6.05)

- No crewmember shall use, possess, sell or assist in the sale or distribution of illegal drugs.
- No crewmember may consume or otherwise use alcohol while on duty.
- No watchkeeping employees, or any employee holding a position as described in the Safe Manning Certificate, shall consume alcohol or any other intoxicating or anaesthetizing substance within 8 (eight) hours of the start of duty.
- No on-duty crewmember shall have a blood alcohol content (BAC) above .04%.
- No off-duty crewmember shall have a blood alcohol content (BAC) above .08%. Any crewmember found to have a BAC in excess of either of these limits, while either respectively on or off duty, shall be in violation of this policy and shall be relieved from duty and subject to immediate termination.
- Employees 21 years of age or older may enjoy alcoholic beverages including beer, wine and spirits in designated employee lounges. Employees who are permitted to socialize in designated areas may also enjoy alcoholic beverages in public lounges.
- Testing of an employee can be required by the company during the following circumstances:

1. Pre-Hire
2. Random Testing
3. At any time of an accident or near-accident
4. At any other time the Master has reasonable cause to require testing

All crew members under the age of 21 are prohibited from consuming alcohol, regardless of ship location or local laws. Age is established at sign-on. If a crewmember celebrates his/her 21st birthday while onboard, he/she may thereafter ask the ship's management to modify the ship's records to permit the consumption of alcohol. The individual will be required to present a government issued form of identification to establish that he or she is 21 or older. The ship's staff may refuse to serve alcoholic beverages to anyone who does not consume alcohol responsibly and may request verification of age to determine whether they are of age to consume alcohol pursuant to this policy.

Human Resources - 6.10  (Revision 42 - 04/28/2009)

No one under age 21 may possess or consume alcohol during transfers to and from ships, inside terminals, while onboard, or at our private destinations.

Crew members under the age of 21 are not permitted to bring alcoholic beverages onboard for consumption or any other purpose, and are prohibited from purchasing alcoholic beverages from onboard shops or in ports of call.  Security may inspect containers (water bottles, soda bottles, mouthwash, luggage, etc.) at any time, and those concealing or attempting to conceal alcohol will be subject to corrective action, as detailed in the Consequences section below.

Crew members who violate any alcohol policy, including but not limited to underage drinking; providing alcohol to minor(s); possessing, concealing, or attempting to conceal alcoholic items in their luggage, when boarding, or while onboard; or failing to consume alcohol responsibly, will be considered for discipline up to and including termination under the provisions of this policy.

The Company maintains an Alcohol Assistance Policy (AAP) which is available to all employees.  Employees wishing to participate in the Alcohol Assistance program must request to do so before they are found in violation of the alcohol policy.

## Consequences
Failure to act in accordance with this policy may result in:
- Intervention by Security, other management personnel, or law enforcement
- Removal of certain onboard privileges, which may include being detained, quarantined or confined in a cabin or holding cell
- Confiscation of illegal/contraband/prohibited items (may be turned over to law enforcement authorities)
- Reporting of incidents to government and law enforcement authorities for follow-on legal action
- Removal from a ship at the next port of call
- Disciplinary action up to and including termination

Establishing and articulating a Crew Member Conduct Policy helps ensure that everyone can enjoy a fantastic, safe and secure cruise experience.



The management and maintenance of the crew member conduct policy is the responsibility of the

Human Resources - 6.10  (Revision 42 - 04/28/2009)

Vice President of Human Resources.

**Related Entries:**

END OF SECTION

# ANNEX 8

## MODEL RECEIPT AND RELEASE FORM
## FOR CONTRACTUAL DEATH CLAIMS

Ship: ...............................................................

Date of Death: ...............................................................

Beneficiary: ...............................................................

Shipowner: ...............................................................

I, [Seafarer's designated beneficiary ]* hereby acknowledge receipt of the sum of [currency and amount] in satisfaction of the Shipowner's obligation to pay contractual compensation for death under the terms and conditions of my/the Seafarer's employment and I hereby release the Shipowner from its obligations under the said terms and conditions.

The payment is made without admission of liability of any claims and is accepted without prejudice to the Seafarer's beneficiary's right to pursue any claim at law in respect of negligence, tort or any other legal redress available and arising out of the Seafarer's death..  All (100%) of this payment shall be deducted from any award, settlement or recovery for damages received by the beneficiary of the Seafarer in connection with any claim or lawsuit arising out of the death.

Dated: ................................................   ...............................................................

Beneficiary   .............................................................

Signed: ................................................   ...............................................................

*For acknowledgement:*

Shipowner/Shipowner representative:   Signed ...................................................

------

* delete as appropriate

July 1, 2009

# USEFUL ADDRESSES:

**Royal Caribbean International**
1050 Caribbean Way,
Miami, FL 33132, U.S.A.
PH: +1-305-539-6300
FX: +1-305-539-6168

**Norwegian Seafarers' Union**
Head Office
Post Box 2000 Vika
N-0125 Oslo, Norway
PH: +47-22 82 58 00
FX: +47-22 33 66 18
EM: firmapost@sjomannsunion.no
Visitors: Maritimt Hus
Rosenkrantz gate 15-17
Oslo, Norway

**Norwegian Seafarers' Union**
Miami Service Office
1001 North America Way, Room 101
Miami, FL 33132, USA
PH: +1-305-371-3120
FX: +1-305-371-2211
E-mail: nsumiami@nsu.org

**Fil-Nor GAIN**
Philippine Service Office
G/F ECJ Building, Real corner
Arsobispo St., Intramuros
Manila, Philippines
PH: +63-(0)2-405-0210
FX: +63-(0)2-405-0220
EM: filnor@info.com.ph

**Iriani Thamrin**
Indonesian Service Officer
c/o Bali Seamen's Club
Jl. D. Tamblingan No. 27
Sanur – Denpasar
Bali, Indonesia
PH: +62-361-283992
FX: +62-361-283914
EM: iriani_i@hotmail.com

AGREEMENT BETWEEN ROYAL CARIBBEAN CRUISES LTD. AND NORWEGIAN SEAFARERS' UNION FOR MARINE OFFICERS AND DECK &
ENGINE RATINGS AND RIDING CREW AND HOTEL PERSONNEL SERVING ON CRUISE VESSELS UNDER THE ROYAL CARIBBEAN
INTERNATIONAL BRAND Effective July 1, 2009

July 1, 2009

The contents of this printed document are believed to be correct at the date of print but may be amended from time to time by mutual agreement of the Owners/Company and the Union. Any material change in the Agreement shall be communicated to the Seafarer. The latest updated version may be obtained from the Owners/Company and the Union respectively by request.

AGREEMENT BETWEEN ROYAL CARIBBEAN CRUISES LTD. AND NORWEGIAN SEAFARERS' UNION FOR MARINE OFFICERS AND DECK & ENGINE RATINGS AND RIDING CREW AND HOTEL PERSONNEL SERVING ON CRUISE VESSELS UNDER THE ROYAL CARIBBEAN INTERNATIONAL BRAND Effective July 1, 2009