# EXHIBIT F
# To Faso Declaration

## Amendment to Collective Bargaining Agreement
## Covering Personnel on the Royal Caribbean International Brand
## Dated July 1, 2009 ("the Agreement").

Beginning in July of 2009 aboard select vessels, the Company initiated an Evolution of Housekeeping program. As part of this program, Stateroom Attendants aboard the selected vessels are rated and evaluated by fair and objective performance standards established by the Company. These standards may change from time to time at the discretion of the Company.

As a further part of this program, the lower rated Stateroom Attendants, in accordance with the Company standards, are required to rotate to a "Back of House" position where they are required to service staff and officer staterooms. The "Back of House" assignment is intended to provide the lower scoring Stateroom Attendants an on-the-job training opportunity to assist them with reaching the required levels of performance. It is understood that for the period of time that the Stateroom Attendant is working the "Back of House" rotation he or she will only receive gratuities voluntarily paid by staff and officers whose staterooms are being serviced. It is not mandatory for the staff and officers to pay gratuities.

It is agreed and acknowledged that any Stateroom Attendant assigned to the "Back of House" rotation has and will continue to receive the Monthly Total Guaranteed pay amount of $1,050 per month as set forth in the Agreement and the applicable wage table. It is also agreed and acknowledged that any Stateroom Attendant who claims that they have not received the Monthly Total Guaranteed pay amount must timely submit their claim for any shortfall in accordance with Article 9(E)(8) of the Agreement.

The Union agrees that as long as each Stateroom Attendant receives their Monthly Total Guaranteed pay and/or complies with the Agreement in order to claim a shortfall as to the Monthly Total Guaranteed pay, the Company is and has been in compliance with the Agreement. However, the Union and the Company hereby agree that beginning on October 1, 2010 the Company shall pay a gratuity supplement in the total amount of $10.00 per day for each day a Stateroom Attendant is required to work "Back of House". This gratuity supplement shall be paid even if the Stateroom Attendant has otherwise received the Monthly Total Guaranteed pay and shall apply as income toward the Minimum Total Guaranteed pay. This Amendment to the Agreement is not a reflection that any part of the Agreement was violated before the date of this Amendment to the Agreement, and in fact, the Union and the Company agree that there was no violation since the Monthly Total Guaranteed Pay was at all times paid.

The Union and the Company further agree that the Company has committed to developing a plan to reduce the average number of days a Stateroom Attendant will be assigned on any single "Back of House" rotation.

The Union and the Company also acknowledge that the Company has committed to develop a plan to fund additional assistance for Stateroom Attendant duties through sharing of enhanced gratuities and other personnel rotations. It is acknowledged and agreed that any Stateroom Attendant who, prior to the implementation of any changes regarding gratuities and personnel rotations, paid or pays another person to assist the Stateroom Attendant with his or duties, does so on a voluntary basis and shall not be considered to have been paid or otherwise received less than his or her full wages as a result of having paid another person for such assistance.

For Royal Caribbean Cruises Ltd.                    For Norwegian Seafarers' Union

_____                          _____
Maria Del Busto                                     Jacqueline Smith
Vice President and                                  President
Chief Human Resources Officer

October 15, 2010                                    4/10-2010
Date                                                Date