UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-21948-CIV-COOKE

KENNETH DOWNER, et., al.,
        Plaintiffs,
v.

                              **NOTICE OF APPEAL**
                              **WITHOUT PREPAYMENT OF**
                              **COSTS**

ROYAL CARIBBEAN CRUISES, LTD.

        Defendant.
_____/

        Notice is hereby given that Kenneth Downer, et. al. Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Final Order [D.E. 40] entered on May 31, 2012. The final order resulted from the Court granting Defendant's Motions to Dismiss [D.E. 40]. *See* Order on Motion to Dismiss, attached hereto as Exhibit "1."

        Plaintiffs in the above named case, additionally, **file the instant appeal without prepayment of costs** in accord with 28 USCS § 1916, which expressly states: 28 USCS § 1916, Seamen's suit, "[i]n all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor."

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 4th , 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some electronically Notices of Electronic Filing.

               LIPCON, MARGULIES, ALSINA & WINKLEMAN P.A.
               Attorneys for Plaintiff
               One Biscayne Tower, Suite 1776
               2 South Biscayne Boulevard
               Miami, Florida  33131
               Telephone:  (305)  373-3016
               E-mail: cllinas@lipcon.com

               By: /s/ *Carlos Felipe Llinás Negret*_____
                  CARLOS FELIPE LLINAS NEGRET
                  FL BAR NO. 73545