**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303



John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 10, 2012

Steven M. Larimore
United States District Court
400 N MIAMI AVE
MIAMI, FL 33128-1807

Appeal Number: 12-13001-DD
Case Style: Kenneth Downer, et al v. RCL
District Court Docket No: 1:11-cv-21948-MGC

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing." The record on appeal will be returned to you at a later date.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Tonya L. Richardson, DD
Phone #: (404) 335-6176

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 12-13001-DD

NORRIS ANTHONY BROWN,

                              Plaintiff,

KENNETH DOWNER,
RICHARD GRAHAM YOUNG,
ROAN DRUMOND SCOTT,
CLIFF FITZ PATRICK,
AUZZIE DUANE DABRELL,
FITZROY LLOYD JOHNSON,
STANLEY ARMANDO MULLINGS,
GREGORY HUGHES,

                              Plaintiffs-Appellants,

versus

ROYAL CARIBBEAN CRUISES, LTD.,

                              Defendant-Appellee.

Appeal from the United States District Court for the
Southern District of Florida

BEFORE: WILSON, PRYOR and MARTIN, Circuit Judges.

BY THE COURT:

    Appellee's motion to dismiss the appeal for lack of jurisdiction is GRANTED. The district court's May 31, 2012 order compelling arbitration, staying the proceedings pending the outcome of arbitration, and administratively closing the case is not final or immediately

appealable. *See* 9 U.S.C. § 16(b)(1) & (3); *Am. Express Fin. Advisors, Inc. v. Makarewicz*, 122 F.3d 936, 939 & n.5 (11th Cir. 1997). Accordingly, this appeal is DISMISSED for lack of jurisdiction.