UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-21948-CIV-COOKE

KENNETH DOWNER *et al.*,

    Plaintiffs,

vs.

ROYAL CARIBBEAN CRUISES LTD.,

    Defendant.
_____/

## NOTIFICATION OF NINETY DAYS EXPIRING

Defendant Royal Caribbean Cruises Ltd. ("Royal Caribbean"), pursuant to Local Rule 7.1(b)(4), gives notice that Plaintiffs' "Motion to Lift Stay to Allow Appellate Review And/Or Alternatively to Certify Matter for Interlocutory Appeal" (the "Motion") [DE 48] has been fully briefed for more than ninety days without having been set for hearing.  The Motion was filed on October 22, 2012.  Royal Caribbean's Response [DE 49] was filed on November 6, 2012.  Plaintiffs' Reply [DE 50] was filed on November 16, 2012.

    Respectfully submitted,

    HOLLAND & KNIGHT LLP
    Attorneys for Royal Caribbean
    701 Brickell Avenue, Suite 3000
    Miami, Florida 33131
    (305) 374-8500 (telephone)
    (305) 789-7799 (facsimile)

    By: /s/ Scott D. Ponce
    Sanford L. Bohrer (FBN 160643)
    Scott D. Ponce (FBN 0169528)
    Email: sbohrer@hklaw.com
    Email: sponce@hklaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of February 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System.

/s/ Scott D. Ponce

#12446758_v1