## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303



John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 08, 2014

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 13-12391-BB
Case Style: Kenneth Downer, et al v. Royal Caribbean Cruises, Ltd.
District Court Docket No: 1:11-cv-21948-MGC

The Supreme Court has denied certiorari. The court's mandate having previously issued, no further action will be taken by this court.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Carol R. Lewis, BB
Phone #: (404) 335-6179

                                              MDT-4 Notice of Certiorari Denial to DC

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 6, 2014

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

Re:  Kenneth Downer, et al.
    v. Royal Caribbean Cruises, Ltd.
    No. 13-1445
    (Your No. 13-12391)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk